UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GILEAD SCIENCES, INC., *et al.*,

                Plaintiffs,

v.

CITY PLUS CARE PHARMACY INC. D/B/A
HEAL THE WORLD PHAMACY, *et al.*,

                Defendants.

---

Case No. _____

FILED *Ex Parte* AND UNDER SEAL PURSUANT TO 15 U.S.C. § 1116(d)

## DECLARATION OF CONNOR MITCHELL

CONNOR MITCHELL, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a Packaging Engineer at Gilead Sciences, Inc. ("Gilead"). I submit this declaration in support of Gilead's motion for an *ex parte* seizure order, asset freeze order, expedited discovery order, temporary restraining order, and order to show cause for a preliminary injunction.

2. I am fully familiar with the facts discussed in this declaration.

3. I have been employed full-time at Gilead since January 2023 as a Packaging Engineer. I was also a summer intern the summers of 2021 and 2022 within the Packaging Engineering group. As part of my role, I am fully familiar with Gilead's authentic packaging and labeling, including for BIKTARVY® and other HIV medicines. I also assist in Gilead's anti-counterfeiting and brand protection efforts and have examined suspect products.

4.  On January 27, 2025, Gilead's Quality Assurance team received a report from a patient that they had been dispensed a bottle of BIKTARVY® from Heal the World Pharmacy ("Heal the World") in Jamaica, Queens.

5.  The patient reported that although they had picked up a sealed bottle of BIKTARVY® purporting to contain 30 tablets from Heal the World on January 4, 2025, and had taken one tablet a day, there were no more tablets left in the bottle on January 27, 2025. Other than tablets missing, the patient did not report anything wrong or suspicious about the bottle itself or its labeling.

6.  Members of our Quality Assurance team asked for the patient to send photographs of the bottle they received from Heal the World, including the label. The patient sent the photograph below, which showed the label bore lot number ZYFSA and an expiration date of December 2026. The Quality Assurance team checked Gilead's records and confirmed that ZYFSA was an authentic lot number for BIKTARVY®, but flagged that, according to Gilead's records, all authentic bottles of BIKTARVY® from lot ZYFSA have an expiration date of November 2020. The Quality Assurance team concluded that the expiration date listed on the bottle dispensed by Heal the World was fake.



7.      Gilead's Quality Assurance team then arranged for the patient to send to Gilead the now-empty bottle they had received from Heal the World.  Gilead received the bottle on or about January 29, 2025.

8.      I examined the bottle Gilead received from Heal the World.  The bottle as received by Gilead had a pharmacy patient sticker from Heal the World affixed to the bottle, listing the patient's name, the doctor's name, number of refills, etc., which is typically applied by pharmacies when dispensing Gilead medications.  The pharmacy patient sticker partially covered the original Gilead labeling on the bottle, and so I carefully removed that pharmacy patient sticker to examine the labeling on the bottle itself.

9.      I examined the label on the bottle dispensed by Heal the World.  At first glance, the label appeared authentic – other than the fake expiration date, which we knew only from checking Gilead's internal records.  However, after analysis, I conclusively determined that the entirety of label was a counterfeit reproduction of an authentic label.

10.     The counterfeit label was mostly accurate in its copying of the authentic label, but as part of my analysis I identified errors that indicated the label was fake.  For example, the authentic Gilead label for BIKTARVY uses the phrase "**Manufactured for:**", which on the counterfeit label is misspelled "**Manfacturaded for:**". See the picture of the counterfeit label in paragraph 12 below.

11.     As another example, the authentic label bears the phrase "Dispense only in original container," whereas the counterfeit incorrectly capitalizes the world *only*: "Dispense Only in original container."

3

12. I compared the counterfeit label from Heal the World to a retained image of the authentic label applied to all bottles of BIKTARVY® from lot number ZYFSA and confirmed (as fully expected) that the typographical errors listed above did not appear on the authentic label, as shown below:


Heal the World Label


Authentic Label

13. A Gilead senior scientist took microscopic pictures of the print counterfeit label and an authentic Gilead label for me to compare and analyze the printing process between the two labels. Although not apparent to the naked eye, the differences between the high-quality printing on Gilead's authentic label and the lower-quality printing on the counterfeit label are clear under a microscope, as shown in the images below.


Heal the World Label


Authentic Label

14. On authentic Gilead bottles, the FDA-required Patient Information booklets are affixed to the side of the bottle, and are known as "outserts." As received by Gilead, the bottle dispensed by Heal the World did not have a Patient Information booklet attached.

15. On authentic product, Patient Information booklets are printed on a single piece of paper, machine-folded, and then affixed to the side of the bottle during the manufacturing process using an adhesive. This adhesive leaves residue or "glue dots" on the outside of the bottle when the outsert is removed. There was no such adhesive residue on the bottle dispensed by Heal the World, indicating that no patient instructions were attached to the counterfeit bottle.

16. I understand that on January 27, after receiving the photographs from the reporting patient, a member of Gilead's Quality Assurance team called Heal the World to request that Heal the World provide information regarding the suspect bottle. On that call, the pharmacy confirmed the patient was a customer, stated that it had been dispensing BIKTARVY® for the patient for years, and claimed to confirm all medicines had an intact foil seal before dispensing the medicine. The pharmacy told Gilead to contact the patient with any further questions.

17. Gilead's Quality Assurance team called the pharmacy again on January 28 to request the pedigree for the bottle. The pharmacy declined to provide the pedigree or any additional information and requested Gilead follow-up with the "owner." When Gilead asked the owner's name, the pharmacy stated "I don't know, just call back on Thursday" and hung up the phone.

18. On January 30, Gilead called the pharmacy again and asked to speak the owner. The pharmacy identified the owner as "Harris C.", and provided an email and phone number.

5

19. Gilead called the provided phone number for the owner on January 30. The man who answered the call denied that he was the owner of Heal the World Pharmacy and hung up the phone.

20. On January 31, Gilead's anti-counterfeiting team emailed the provided email address, with the subject line "Counterfeit Bottle of BIKTARVY Dispensed by Heal the World Pharmacy." Gilead received an automatic notification that that email was successfully delivered, but Heal the World never responded. Gilead has not received a response.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: March 14, 2025

Foster City, California



Connor Mitchell