UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GILEAD SCIENCES, INC., *et al.*,

           Plaintiffs,

v.

CITY PLUS CARE PHARMACY INC. D/B/A HEAL THE WORLD PHAMACY, *et al.*,

           Defendants.

---

Case No. _____

**FILED *EX PARTE* AND UNDER SEAL PURSUANT TO 15 U.S.C. § 1116(d)**

## DECLARATION OF PATRICK MCALLISTER

PATRICK MCALLISTER, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a senior investigator at K2 Integrity ("K2"), operating through K2 Intelligence LLC, a preeminent risk, compliance, investigations, and monitoring firm. I was formerly a detective for the New York City Police Department, where I worked for approximately 20 years. After I retired from the NYPD, I worked as a senior principal investigator for the Metropolitan Transportation Authority. I have worked at K2 since 2012, where I have been involved in countless investigations and monitoring activities.

2. K2 was retained by Patterson Belknap Webb & Tyler LLP on behalf of Gilead Sciences, Inc. to investigate City Plus Care Pharmacy Inc. d/b/a Heal the World Pharmacy ("Heal the World").

3. On February 20, 2025, I visited 161-45 Baisley Boulevard, Jamaica, New York 11434. Signage on the outside of the address reads "Heal the World Pharmacy."

4.  The pharmacy was open for business when I visited. The posted store hours are Mon-Fri 9:30 a.m. to 6:30 p.m., Sat – 10:00 a.m., to 6:30 p.m., Sun – Closed.

5.  The pharmacy is small, with only two aisles and minimal products on display on the shelves.

6.  I observed two female employees working behind the counter, both of whom had light brown skin tone. One woman appeared in her twenties and the other woman appeared to be in her thirties.

7.  I observed a product scanner by the front cash register and computer through a gap in the shelves demarcating the register area and the back of the pharmacy.

8.  A pharmacist license for supervising pharmacist Jacob Martin is posted at the premises.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: March 14, 2025

NASSAU County New York

Patrick McAllister