UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GILEAD SCIENCES, INC., *et al.*, | : |
| Plaintiffs, | : Case No. _____ |
| v. | : |
| | : FILED *EX PARTE* AND UNDER SEAL |
| CITY PLUS CARE PHARMACY INC. D/B/A | : PURSUANT TO 15 U.S.C. § 1116(d) |
| HEAL THE WORLD PHAMACY, *et al.*, | : |
| Defendants. | : |

---

## DECLARATION OF HANNAH LEE

HANNAH LEE, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a Senior Managing Director at K2 Integrity ("K2"), operating through K2 Intelligence LLC, a preeminent risk, compliance, investigations, and monitoring firm. I have worked at K2 since 2014, and have been in the position of Senior Managing Director since May 2023, where I have been involved in countless investigations and monitoring activities.

2. K2 was retained by Patterson Belknap Webb & Tyler LLP on behalf of Gilead Sciences, Inc. to investigate City Plus Care Pharmacy Inc. d/b/a Heal the World Pharmacy ("Heal the World").

3. Public records identify two principals for Heal the World: Defendants Nabila and Qaiser Chaudhary, who are husband and wife. Nabila Chaudhary is listed as the president of Heal the World on its National Provider Identifier ("NPI") listing. A true and correct copy of this listing is attached as Exhibit 1.

4. Qaiser Chaudhary signed as an officer of the corporation for Heal the World's certificate of assumed name. A true and correct copy of this certificate is attached as Exhibit 2.

5. Nabila and Qaiser's son, Hamza Chaudhary, does not appear on any public filings for the company, but he lists himself as the "Business Owner" on Heal the World's Yelp page, where he touts the pharmacies' services. A true and correct copy of the Yelp pages associated with Heal the World is attached as Exhibit 3.

6. Several reviews for Health the World on Yelp also identify "Hamza" or "Shamza" as the owner and/or manager of the pharmacy.

7. I understand that Gilead received a phone number from an employee of Heal the World for the purported owner of the pharmacy. The phone number provided by the pharmacy employee for the "owner" is associated with Hamza Chaudhary in commercial databases that compile publicly available information about contact information.

8. I understand that Gilead received an email address from the pharmacy for the man identified as the "owner" of the pharmacy. The email address provided by the Heal the World employee was used some years ago in an online posting seeking a pharmacist for a pharmacy in Queens – and that posting listed another phone number also associated with Hamza Chaudhary in commercial databases. A true and correct copy of this posting is attached as Exhibit 4.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: March 13, 2025

New York, New York

Hannah Lee