**Decl. of Hannah Lee
Exhibit 3**

# Web Data Collection Report

**Page Title**

HEAL THE WORLD PHARMACY - Updated March 2025 - 13 Photos & 12 Reviews - 161-45 Baisley Blvd, Jamaica, New York - Drugstores - Phone Number - Yelp

**URL**

https://www.yelp.com/biz/heal-the-world-pharmacy-jamaica-2?rr=1

**Collection Date**

Thu Mar 06 2025 21:24:55 GMT+0000 (UTC)

**Collected by**

klevineflandrup@pbwt.com (klevineflandrup@pbwt.com)

**IP Address**

192.168.0.1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/133.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

417f95f33d27c3343ecb70bd505baab4995bd54a4c44ca8cebe61e
1fe127313f4dedf40d6aada812d39507fdd1ec6c87a622f884ba869
436417a1d3b548ec097756655c33f349b881d8615fee84cc5a1bb0
377ca3cc743373d35c38c4f2576584e2183a9ec182b8cf7b548b98
e1e9a361c4d3f1d35ae904938dae6e50a2b4901d9d2cbe642ef2a3
611f09ca0fb5a5f5a29ac4f8492c9d36f62897ff204589008aafc0b
583057c8bca8fbd1f718627599cbb3febae604dc735dab06b95c81
fbfeabaccc585458f371cf07edd7ec60dcb2a462ec2c7e046b44b77
4ad4f1fdae42ea150418880c6ac4dd29211c360a4d1b01406ed0edf
92bf3d9f29c5cb30e20d20

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

WPFS_1741296295281.mhtml

**Hash (SHA256)**

9101445a5365b34c10952b286f4c1516cafd3022cab0490214ea8b6e03a040de

**Signature (PKCS#1v1.5)**

4385b49bea501df1d5a185a0f34ef41d893a6360064acd52f6d9e4
3025c4f8628a0cc3dc26cf0c32ae50e977031f460725fb3aca2cf4
3339a977c41b63f14cc60334a8cc1107fe91756a65f9ca8322166e
5a6547134ceebfdd1865ad837bd4348e46299425167d5d40d20a30
b63e71e92a23342ccf83ce23b9aba77430e7ca87b55d464f27b962
ce977c32e351d896712ed7a672fd45ba27b4d9ea09303c9f5bd5b71
8c4c3d1d9a375180c44b25b2a7f924094c42dd2eb1908b82d946b6e
cff3b208b2eda713429e5e111312dcd4960e97f225abc66f65cfc394
5c309d0c056ff33b8f47ec0457f3b4a99847184e5ccf641479553cfd
ea84fd184f4cb8509fbf



**File Name**
WPFS_1741296295281_0.jpg

**Hash (SHA256)**
570fdb06cabb9771cd25aef9c358a40669f931db4b1c2f19ba4ae9c371d51aa6

**Signature (PKCS#1v1.5)**
55d97de41c6b6db400f4da652f74a814ee5cc0da28e802bad5c33642eb2f7b5e7f1bcdce06b6230923482caa73f2d59e21575366392295aa391df46a70ba54636f914f64f2e5f9519adc0480a32483639d01f8ca8c285dde261e55f414947f6997b229803da4df42d66e8b815a3ccc0e5acf6c49c78f9273a9ec03a17d9f05a7d953c16278060b0e039c3989ac19fafe07e8d390344e19053056f4400e0775d707fc92d0629799e5f8258f008c5d5f55bcaa22f3ce5d77f948fb9a8338458c97a8a06f818e4f101725e419cd52867e58903ba15784771bd40fc250c77625c3148abaa9c8eebfc7648215196a5b2e9e241021d00a854989c06bc9e93aaab03f24

**URL**
https://www.yelp.com/biz/heal-the-world-pharmacy-jamaica-2?rr=1

**Timestamp**
Thu Mar 06 2025 21:24:55 GMT+0000 (UTC)



**Review Highlights**

"The young ladies who work there are a **pleasure** to communicate with and everyone is so helpful." In 2 reviews

**Location & Hours**                                           Suggest an edit ✎

161-45 Baisley Blvd Jamaica, NY 11434

| Mon | 9:00 AM - 7:00 PM | |
| Tue | 9:00 AM - 7:00 PM | |
| Wed | 9:00 AM - 7:00 PM | |
| Thu | 9:00 AM - 7:00 PM | Open now |
| Fri | 9:00 AM - 4:00 PM | |
| Sat | Closed | |
| Sun | 9:00 AM - 5:00 PM | |

**161-45 Baisley Blvd**
Jamaica, NY 11434
Rochdale                          Get directions

(718) 276-4325

Get Directions

161-45 Baisley Blvd Jamaica, NY 11434

Suggest an edit ✎

**Other Drugstores Nearby**   Sponsored ⓘ

**Walgreens**
**Same Day Rx Delivery**                       ● 0.02 miles away from Heal The World Pharmacy
Get Prescriptions without leaving home on our app or website.  read more
in Pharmacy, Drugstores

**Verify this business for free**
✓ 2.4 million people visit Yelp each day*
✓ Add and manage photos
✓ Keep business hours up-to-date

Verify this business

Explore benefits

*Comscore Media Metrix®, calculation based on the monthly average of Yelp visitors for 2023.

**Amenities and More**

✓ Accepts Credit Cards                      ⓟ Private Lot Parking

🚲 Bike Parking

**About the Business**

Hamza ..
Business Owner

Hello, and welcome to Heal the World pharmacy, your neighborhood full service pharmacy. we carry all medications in stock at all times so you'll never have to go from pharmacy to pharmacy to get your prescription filled. We accept all major insurance plans. We also offer compounding on most…

**File Name**
WPFS_1741296295281_1.jpg

**Hash (SHA256)**
9f10494bec4f91918fcad934824a22f7205edb8932389cd58f3f80b1d854b8ee

**Signature (PKCS#1v1.5)**
3bf010333fee89d8fe5f08786d6de3771f1206de2575704dbd77c6701f193
37b4eb242273b22d40c411609e5f411284d3a50f7157af166df1a6174adb3
23bb6838593c1d9e0f7bad99e641f9dacefe53cda241e978adca27e085792
f667e7e401011e22ade1b1c55ffa7e04f08d741dfa12419e28dd8ca52e0d8
35ad7330e0c410358cc2abc81f1aa4e0d0f5d352fb1a370cdee1f419de73
b7c760766653b44c3e5b7aca40d0684e309a6a480a4504a4896d6b46273c
c26b3777008e1535aa82dfd0331ec032eda5950531b6f1df0ff97204ed086
a1f05f246695ab5a4ca40dd52e0843f6b18cdcd53311fe8da18d00b20111b
deaa3c9ac748b187444e8999e6

**URL**
https://www.yelp.com/biz/heal-the-world-pharmacy-jamaica-2?rr=1

**Timestamp**
Thu Mar 06 2025 21:24:55 GMT+0000 (UTC)



**File Name**
WPFS_1741296295281_2.jpg

**Hash (SHA256)**
00d1a3f56327abadf576c768bb065e5a35d6ebcb9b0a47f4db4dae78f48dc6a1

**Signature (PKCS#1v1.5)**
5eb97bbfbf5a8f2d3e9a3c2dc53b0b500f4c367eb45a373d791bbfccc46a6
9762b4792cb4984dc3c2dfcd45734eb5166260d35f240a3125fcca873a318
75d253910e148ef86e34d5a4dc5f21accdd98097e5acfb1a3a35faf4efed7
0977a45a8d0fd23bbceb68eddb2a10dda3e2cb2507eeda89ee2fe7a77e019
edb16d5c3f43f4574d8f244e536b8b8ef1539335cfdf9cfdcb4828e92bf71
1a595678f11df6f9b6920d4ab97e4d901cc52eb0cf0a1d1e0993b7d583cc2
bf1c11fc4acc2ca79d317449d4f8b5cbd777c45d9707b150681e79e9fa4a9
bac3aa837c0e1b06b0ace7d4f6c573d0b566cbedbb80c6ac64f09b1bc3f
8315ee98dceb5bb0b4be3ec16e

**URL**
https://www.yelp.com/biz/heal-the-world-pharmacy-jamaica-2?rr=1

**Timestamp**
Thu Mar 06 2025 21:24:55 GMT+0000 (UTC)



**File Name**
WPFS_1741296295281_3.jpg

**Hash (SHA256)**
cffc143ed41072445f4022db12cc25af34ab3c34b82bb1324b0855a58f1ae3
8a

**Signature (PKCS#1v1.5)**
4685bfca4962868e1cb52277ce5f2a080de5210cc09e636c6604dca78035
1ac0de22ceb995c8aa17dbbad1fb50572eb56cfbd30b61718eae39765fa6
8ceee0b60e506b0fad676a5e999d0c76ee3eaf8014112686e9ca5fc77f55
ce8698e86202fba35c6a9a230bcc5343253a9f08ed311c088f345f7a048a
84a07538b904a261ed4e12e7b86000179f190a76bd3467c0b0615cc72ad2
2396f5fae66bc95d23e3c59fa14cc9e20a80eb8d2e8afaa1a2fbd1e5a73b
818ded8fd8dac3787fe78ace0f629e0370c3c2502f839da906db863a7991
8261ea6b7467fa67fc7c879f4ae0d9334fd791106249126d09e60c915902
7e4949534904265109eabafcb48a9986

**URL**
https://www.yelp.com/biz/heal-the-world-pharmacy-jamaica-2?rr=1

**Timestamp**
Thu Mar 06 2025 21:24:55 GMT+0000 (UTC)



**Natasha C.**
Queens, Queens, NY
71 · 3 · 0

...

★☆☆☆☆ May 1, 2021 · Updated review

I was a loyal customer until new owners ruined it!I'm so disappointed in the service they now provide! The owner's inexperienced child is running it. His name is Shamza and he is nothing but rude! I have resulted in using Rite aid across the street because there is ABSOLUTELY NO BENEFIT FOR ME TO USE THIS PHARMACY. Shamza was confrontational and rude on more than one occasion with me. I just can't continue to support a business like this. There is a complete disregard for people's illness and a huge disrespect to the community! Until a new owner comes, they should be shut down! I would initiate a petition to support their closing if I could!

💡 Helpful 2    👍 Thanks 0    😊 Love this 0    😮 Oh no 0

★☆☆☆☆ Jan 13, 2020 · Previous review

I was an original customer of heal the world pharmacy before it was bought out by new owners. Since July I have had about 4 negative interactions with Shamza(manager) His only consistency is...

Read more



**Verify this business for free**

✓ 2.4 million people visit Yelp each day*
✓ Add and manage photos
✓ Keep business hours up-to-date

[ Verify this business ]

Explore benefits

*Comscore Media Metrix®, calculation based on the monthly average of Yelp visitors for 2023.

1 of 1

10 other reviews that are not currently recommended ▾

## People Also Viewed

        

**Corner Pharmacy**
★★★★★ 1
Drugstores

**Northern Pharmacy**
★★★★☆ 12
$ · Drugstores

**Al Kosto United Drugs**
★★★★★ 4
Drugstores

**Starside Drugs**
★★★☆☆ 9
$$ · Drugstores

**KM Pharma**
★★★★☆
$ · Drugstores, Supplies

**Browse Nearby**

Coffee

Things to Do

**Other Drugstores Nearby**

Find more Drugstores near Heal The World Pharmacy

**People Sought Out Heal The World Pharmacy for...**

Pharmacy Rochdale

**Related Cost Guides**

Florists

**File Name**
WPFS_1741296295281_4.jpg

**Hash (SHA256)**
b82f6dc2af641d4ee1605260c457639cd9ab817a7d700c642271dd99a01e aaf3

**Signature (PKCS#1v1.5)**

335529c4809a96cfdb01ba4a7bb932b123e64934d6982eb10c14663f7e169 173e1d061b3b1da65c3afdc509bf13f4485faf38ddb872a67c7f83b052c346 a316d7ff111b299e5ef9b38c6d1bb76e8b5d91f9646538647dcfadf1bd341 f413d0c7a9e96749b43f995a7e14d878ee505a725b416cafc89e0d0dfe2ff 2015b435435de1b0368c6fe1ed35c24c6711376cfec16d7a40073002704a 1d199f8e99e971a9f3b25db86bf534aa3a6012f1cdc70359c8011cb87025 7662dda7a3df6d88fabb6de6709bc34c4bfaa58bd7aadfdb89ef7d2a9675 6424af9e65f758f69568ec00297c45b15736cf7a45b2e3b165e5d2aafa3c e2aad79be87903f24180b2e8a903

**URL**
https://www.yelp.com/biz/heal-the-world-pharmacy-jamaica-2?rr=1

**Timestamp**
Thu Mar 06 2025 21:24:55 GMT+0000 (UTC)

 1  12  4 9 

Drugstores          $ • Drugstores          Drugstores          $$ • Drugstores          $ • Drugstores, Supplies

**Browse Nearby**          **Other Drugstores Nearby**          **People Sought Out Heal The World Pharmacy for...**          **Related Cost Guides**

Coffee          Find more Drugstores near The World Pharmacy          Pharmacy Rochdale          Florists

Things to Do

Restaurants

Pharmacy

Hotels

Grocery Store

Store

Airports

Taxi Service

**About**                  **Discover**                  **Yelp for Business**                  **Languages**

About Yelp          Yelp Project Cost Guides          Yelp for Business          English ⌄

Careers          Collections          Business Owner Login          **Cities**

Press          Talk          Claim your Business Page          Explore a City ⌄

Investor Relations          Events          Yelp for Restaurant Owners

Trust & Safety          Yelp Blog          Advertise on Yelp

Content Guidelines          Support          Table Management

Accessibility Statement          Yelp Mobile          Business Success Stories

Terms of Service          Developers          Business Support

Privacy Policy          RSS          Yelp Blog for Business

Ad Choices          Yelp Data for B2B

Your Privacy Choices          Yelp Data for B2C

Copyright © 2004–2025 Yelp Inc. Yelp, Elite Squad, and related marks are registered trademarks of Yelp.

**File Name**
WPFS_1741296295281_5.jpg

**Hash (SHA256)**
da7d9fb69aa7d19972a3d7f305b3c7f97535676452e2166d5b5e362df617
397a

**Signature (PKCS#1v1.5)**
01361acb579cf2d5c4abbb99279be3c85db071155779c78546ed41b1376bc
785e0818f8bf0952a9a0f05744f437cc648dbec8e989dd4b93319da7b2de4
729e083d7ec2f9c2193bc5322aaba64326b5310c9bda0f52d19bf4769a3d8
20f57016c34fa67ec401939925236b58b9c44b55dc4f9718cebefafc617bc
8c36da134d2e646b7f2e7a596ef9f7deb6401a6ab36604f7ebf04ee16e49d
41b4831a1f818d061c4974db98a91c912ea7e3081dbfa5ea592ac8bc8ab15
f9294ecf6ec80e1dcbd690e303e41c13151d5283e76d06d002ba565019f7f
c6fd29aaff069b62e62b863cab56a81138f7b4a5762ce2bf4f3a8349dc031
b84e9eaf6d7641d82e27d72b

**URL**
https://www.yelp.com/biz/heal-the-world-pharmacy-jamaica-2?rr=1

**Timestamp**
Thu Mar 06 2025 21:24:55 GMT+0000 (UTC)

Terms of Service          Developers          Business Support

Privacy Policy            RSS                 Yelp Blog for Business

Ad Choices                                    Yelp Data for B2B

Your Privacy Choices                          Yelp Data for B2C

Copyright © 2004–2025 Yelp Inc. Yelp, Dine Squad, yelp and related marks are registered trademarks of Yelp.

**File Name**

WPFS_1741296295281_6.jpg

**URL**

https://www.yelp.com/biz/heal-the-world-pharmacy-jamaica-2?rr=1

**Hash (SHA256)**

da322b9e92fc11f96c816e24839414415c42c8b92a786e1258d50611546bc
369

**Timestamp**

Thu Mar 06 2025 21:24:55 GMT+0000 (UTC)

**Signature (PKCS#1v1.5)**

77a72298d82e8ef1e15b25d2faad3921deee522dfebfceb28428c0b5c059
74ad921f2eddd51ac7fea52c3a1dd1e44abca824e541b05d87b2015faca4
9c27924a316c39bff61e5a861d1f8f2c3717ee87b499c1f85ff6b56d3a38
8703d4c91eb976f6c6993beb8d299610720c0e5daa86e4d1573ea986997c
bcddb1a607754832d19fc5d4cdf2838164004377a89ccbf9f0b52d84bbb8
5ef8edb018a0f9a229b84974dc2da76e2ecc5f826e8cdf90d126c3e982b2
dfa6fbc6e30281c885ae5f9411447026e3832af714ae190376882e3c84f7
e977a578ba43947edcd60856e5479b75a199736eff5d5c438c905103920
702602f61a4b23c58ccdfb853a81208d8

# Web Data Collection Report

**Page Title**

HEAL THE WORLD PHARMACY - Updated March 2025 - 13 Photos & 12 Reviews - 161-45 Baisley Blvd, Jamaica, New York - Drugstores - Phone Number - Yelp

**URL**

https://www.yelp.com/biz/heal-the-world-pharmacy-jamaica-2?rr=1

**Collection Date**

Thu Mar 06 2025 21:25:38 GMT+0000 (UTC)

**Collected by**

klevineflandrup@pbwt.com (klevineflandrup@pbwt.com)

**IP Address**

192.168.0.1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/133.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

5315caeac3b4d64b5754ba67ad149f1a47a65d4ffda6749f43da60
0b306af56800ed2a0456e6900135d9ce57eb4855531fd54172995b
5957709465f9881a620a0bf99d0d35f57a6f1febdc4bc4980a78b9
e5801d90b44771ac7bace1514a854bd58bf26e5ee9472d7c8d037f
d6c63952c7d65e9780f2fb338be3835ef2d2fe80e6e4380868d169
d644d9cc71511fcf75d624db8789f5464c826b5b103a03572bf746
35c63dde4ae76f2fab115384b1799b697b185291ae6dbfaecbbdb7
81f3438ad67d5408a272e6425e201ae41223541cec2f48d325ad98
1bc8770f0e141a1e22584d906646fc23d2ddc36789a20675bae1e9
6e4bfa95f5828b651f8c0ce487

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

WPFS_1741296338129.mhtml

**Hash (SHA256)**

280b4d23ff3555b9921d16bb79bb9ede155414521fd5dae0d5c1f326d060afb9

**Signature (PKCS#1v1.5)**

61adaa479d84e6a1b0124ceeacc01590fffac0677563a1ddba67a8
ef81c05d3c4bc4ae4d7f7488118f39dd76f770852c0fd31fa4bbf2
8d66c61c2158e319fca73ed2d473cd768fe5d3c0dc36f362552db
792977c47d266ca9a275772eb5b2213a0e945887e82c454b14725
49d0a8b462accf14eba5882d129afaaa1462182acb2359f1a842d
ed0a77c4e4c8c5a884ef2d869644a40ee21bd10168d2858402fec
bbd89d09b715c60444a8b9d83d788dec706f3265abc000ae1b7ea
ec3c9a0ef9019b2e1238dc3d6b6d10a19cf66aa0f2f8db69aa062
3ba77d8ba28e38576b037abcf50d9006230f7437cd14d482b0a3f
520f7e49348af588d70b4234425e0b955



**File Name**
WPFS_1741296338129_0.jpg

**Hash (SHA256)**
7a5f72db638868dcf3d1a0ae8849ff5c65afab128ab0581852c07cf953d300cd

**Signature (PKCS#1v1.5)**
673490d9e0d8282031fa01472b39aaa6375a536299d1076f7deb76b8af11
645fac155ffbeed157d35356c8915e45e9c0602f6fadc0349e9764f6b568
d84390bf762b96e0c1e05e2bec3f8a7f80e0199aa15eac14b3e3264c59a6
8139059b640310c4dd2b4b9b69db5b28198e81db1477151d9e3348f63ac4
5ad7e2bd225ceb65314a1a019b5bcd1e1283eedda63c6362eab78c85262d
702c6ced420325108db86cb3e4a2e18b298c37de7ddabb33d5717c7145b1
c022340950ded986e7cf5ce439ecd04784a60daed23e2bbc5a4758aabd39
fdb4f16cda2ed284b31244dc1d40f4b9bfbe598fd0f821c2cf459fe3e41546
ee127a53f0fef9a0e9bc99ebb984c4

**URL**
https://www.yelp.com/biz/heal-the-world-pharmacy-jamaica-2?rr=1

**Timestamp**
Thu Mar 06 2025 21:25:38 GMT+0000 (UTC)



**File Name**
WPFS_1741296338129_1.jpg

**Hash (SHA256)**
a3470cead821a595fc0eaa97ca23eeadc286ca4befe08a7c930f27e35348
7033

**Signature (PKCS#1v1.5)**
1f75b13ccd051d0a1c2aae1efac156078a50a32c665b550aa18f139f6c70
dccb35e9f8281716135802142f1120676947dc571ea5ba5193da436cec7e
97d02bc1a49ec27eaf3d2ec3e5845a06193ed3eae29b9c01154ecb403553
10bfb3c66399dc785d4483fcd9bd5197483fa94d5057b0ef6f07540cbcc5
958587231f6920426ff9334633e285024283e046a2f0c2e19bc972341d3e
15136d0d8b1e5afcb50a62811b18c44ecbb075e01b34e4c2a7241d2fd5e9
fb2e7b30028aa6a1da7b1cc142b29e8d8539c9dbcb2449a433805314b11
d88d96ebd4e29287466e41dcfd997deea56b350f41a708f234e6829bcee
79b71a29622ce7a395b9fe73a23b02224e

**URL**
https://www.yelp.com/biz/heal-the-world-pharmacy-jamaica-2?rr=1

**Timestamp**
Thu Mar 06 2025 21:25:38 GMT+0000 (UTC)



**File Name**
WPFS_1741296338129_2.jpg

**Hash (SHA256)**
a69ea416735a6a4bbb8b474fad3ff5a52e6212762465dc3928a143b73ccb1659

**Signature (PKCS#1v1.5)**
4d125464b4361d0576cdf19b9c747d8e6d0228ff7367370fb85590ee76be
25ec0a437ec7d98266fea3a4159aba496075332e622759919e529dda15eb
00e5ad76b439d2d8b627642a4dae90ed2ebca7d4c2bea1a23d7dae6520bb
d9e816fc7344636570b3df805f1a609df980e6fcb45cca9d2a1ffa1f8e0d
cd24b54b0a8c65c126a152e53d2795e7408c4314e818f7b3eade0d70f837
528b1080855e9575c3498382ab419342e71db02a5c244080efbf7702ec58
e7b3ddc1a0f26295e4f10639d440c0b9caba1a746c2bab568df1925d798b
42418b6b734caf147daec0186f15d4abb2542706703ef28b96a4ee37dd00
8052703aefa3d8f80b9f2fca2e94d4a9

**URL**
https://www.yelp.com/biz/heal-the-world-pharmacy-jamaica-2?rr=1

**Timestamp**
Thu Mar 06 2025 21:25:38 GMT+0000 (UTC)



**File Name**
WPFS_1741296338129_3.jpg

**Hash (SHA256)**
a98dae265915c2685ce26b0aa45eed5ed2b46cdfa44d83b2750e1760ac02639e

**Signature (PKCS#1v1.5)**
20cc97e34d43faef77861bca648e5354024b8b2161a3bc869edc304b1ae4a
3e41e0ab01142262bcb05637ac1c5eec896c84aa594727c3c78c355b47d16
ff0b9a67ffa38455592a66730d3e15fe8824778ee2fb08c40419685bc4edf
2c607f957535e46984000a8fd0127f35517e9c32a5dd73e5b47b238317feb
e3b6a865a4e0d9f7d5fded14c3c1cb19b1a5d1ffd20eb54dbf379c29e4f32
d3f9c5f2fbb8b6bd4e327454d3ecaf7c74afd7df39c4b0379cb6e6fe6a19c
82071fdda695b3d30eefbddc2f29d573ced1077c7bacebfeca6e2616cd67
f468a174164a7e487b62d051bc1c69c6b73274bc679f65b9295e9fe8ad22
57b04ebdcbc5f1ca7c8ba6a5e2

**URL**
https://www.yelp.com/biz/heal-the-world-pharmacy-jamaica-2?rr=1

**Timestamp**
Thu Mar 06 2025 21:25:38 GMT+0000 (UTC)



**Natasha C.**
Queens, Queens, NY
71 · 3 · 0

★☆☆☆☆  May 1, 2021 · ⚙ Updated review

I was a loyal customer until new owners ruined it!I'm so disappointed in the service they now provide! The owner's inexperienced child is running it. His name is Shamza and he is nothing but rude! I have resulted in using Rite aid across the street because there is ABSOLUTELY NO BENEFIT FOR ME TO USE THIS PHARMACY. Shamza was confrontational and rude on more than one occasion with me. I just can't continue to support a business like this. There is a complete disregard for people's illness and a huge disrespect to the community! Until a new owner comes, they should be shut down! I would initiate a petition to support their closing if I could!

💡 Helpful 2    🎁 Thanks 0    😍 Love this 0    😮 Oh no 0

★☆☆☆☆  Jan 13, 2020 · Previous review

I was an original customer of heal the world pharmacy before it was bought out by new owners. Since July I have had about 4 negative interactions with Shamza(manager) His only consistency is...
Read more

1 of 1

10 other reviews that are not currently recommended ⌄

**People Also Viewed**



Corner Pharmacy
★★★★★ 1
Drugstores

Northern Pharmacy
★★★★☆ 12
$ · Drugstores

Al Kosto United Drugs
★★★★☆ 4
Drugstores

Starside Drugs
★★★☆☆ 9
$$ · Drugstores

KM Pharma
★★★★★ 1
$ · Drugstores,
Supplies

**Browse Nearby**
Coffee
Things to Do

**Other Drugstores Nearby**
Find more Drugstores near Heal The World Pharmacy

**People Sought Out Heal The World Pharmacy for...**
Pharmacy Rochdale

**Related Cost Guides**
Florists

**File Name**
WPFS_1741296338129_4.jpg

**Hash (SHA256)**
7202631217b03c5f4742866137ad6655707ea7625f9d39016285e69780a 93737

**Signature (PKCS#1v1.5)**
7f52733bb9369fee83b082c5c5ab04f15c9ac28cd122a73478030197f95f 188235eac0b974b3dfe92d5d5b900be0d56f55a66d52d1ae99a9f778dec0 ba9b327f9195535422b51ee2197409d37404aca979e54e21725c870cd80c ad537ebea9358692bd1b0f41984d815c6b56c72fec7890f5e6679b568299 e536910539d0b5234201a88f7dffaf15d439f7a416777a589af5ca37b0bfa 0eda0eecb1c44da48e7209d9b7f380842bbee7688b51988ce4281ae9db43 c2c9d33c14798561b0f0a20145b3da11e990c58aa13a33dd8c7264fe4bd88 46c71f64fdce569c891afc5506ce075798d089f37d6eb158c1b8580d91bec 77d803c3134cc2cd415fad925d2cc

**URL**
https://www.yelp.com/biz/heal-the-world-pharmacy-jamaica-2?rr=1

**Timestamp**
Thu Mar 06 2025 21:25:38 GMT+0000 (UTC)

 1
Drugstores

 12
$ · Drugstores

 4
Drugstores

9
$$ · Drugstores

$ · Drugstores, Supplies

**Browse Nearby**

Coffee

Things to Do

Restaurants

Pharmacy

Hotels

Grocery Store

Store

Airports

Taxi Service

**Other Drugstores Nearby**

Find more Drugstores near The World Pharmacy

**People Sought Out Heal The World Pharmacy for...**

Pharmacy Rochdale

**Related Cost Guides**

Florists

**About**

About Yelp

Careers

Press

Investor Relations

Trust & Safety

Content Guidelines

Accessibility Statement

Terms of Service

Privacy Policy

Ad Choices

Your Privacy Choices

**Discover**

Collections

Talk

Events

Yelp Blog

Support

Yelp Mobile

Developers

RSS

**Yelp for Business**

Yelp for Business

Business Owner Login

Claim your Business Page

Advertise on Yelp

Yelp for Restaurant Owners

Table Management

Business Success Stories

Business Support

Yelp Blog for Business

Yelp Data for B2B

Yelp Data for B2C

**Languages**

English ⌄

**Cities**

Explore a City ⌄

Yelp Project Cost Guides

Copyright © 2004–2025 Yelp Inc. Yelp, Elite Squad, yelp and related marks are registered trademarks of Yelp.

**File Name**
WPFS_1741296338129_5.jpg

**Hash (SHA256)**
04564f80d4c1fcdf15551a9cbec5f4d7601845befbc085ee9ae9420914928728

**Signature (PKCS#1v1.5)**
4b88e165e91a04d6e5c11f8d9a367bbec3adfbfacca428f4d9963430334ce5635ca7c21ef1cdcc1785bde5ebb245593ac461823ea1779386b2ccbd213a9f11fee0feebbc1ee9b638cec4283c915166f8478dc9f4e65a114ae649bb20e22f91f9221b5294ed54fcea5195cf31aa351622d0249ca32c4933db57ed4f0d9e04f8a38ff5539f8e9e76c9af2f69334f416ade8137b230d6181031af4a632f22cdafbb6a89f0cad41cd90d128904ba44ded8d17107b7f738e5cf689b629b92941029b52c9366082fda938fa9f19643d15c7503642ce931adb98258358d658faae1c5a1362cb0b23885e312ed73a50296031c87f346d2b445414818fe64cc36f587cd6

**URL**
https://www.yelp.com/biz/heal-the-world-pharmacy-jamaica-2?rr=1

**Timestamp**
Thu Mar 06 2025 21:25:38 GMT+0000 (UTC)

Terms of Service                    Developers                    Business Support
Privacy Policy                      RSS                           Yelp Blog for Business
Ad Choices                                                        Yelp Data for B2B
Your Privacy Choices                                              Yelp Data for B2C

Copyright © 2004-2025 Yelp Inc. Yelp, Elite Squad, and related marks are registered trademarks of Yelp.

**File Name**
WPFS_1741296338129_6.jpg

**URL**
https://www.yelp.com/biz/heal-the-world-pharmacy-jamaica-2?rr=1

**Hash (SHA256)**
177052c3373ced77b68abebb7ddfaee3516a6c409a1689b4f033f834c91b
40e6

**Timestamp**
Thu Mar 06 2025 21:25:38 GMT+0000 (UTC)

**Signature (PKCS#1v1.5)**
7d86184108b2f5d90c8f8557025104f9d936c683ca9dd1442acae92e357f
8e9fab3885a5cff386a5607b6f245de6c14dc603f01d07e868d535353e24
ec020959e27a3109133bc7b567c1d43ce4f41dda7f02281564c2de76a62
0ab4ec3661a19acba730f61d8289990fac7049b5925e9c981447800d86c9
d835693da2999811293d50a93a00ad230f70cac659af149e11662e73a51b
e360a9e43d7717f906f532198636c44a4f0794603d86208ac84474abc9ea
ef9680ea3d0899aadecf6e70e3660f9efc951ddfcf33dba810ebb3899983
5e20acaebae5dd0e08972001ba4d50e9a35bc1d60e64a3d1d89c0e5bc9d
b2d554defc81bdf5ab908726fde67f97c

# Web Data Collection Report

**Page Title**

Not Recommended Reviews for Heal The World Pharmacy - Yelp

**URL**

https://www.yelp.com/not_recommended_reviews/heal-the-world-pharmacy-jamaica-2

**Collection Date**

Thu Mar 06 2025 21:29:38 GMT+0000 (UTC)

**Collected by**

klevineflandrup@pbwt.com (klevineflandrup@pbwt.com)

**IP Address**

192.168.0.1

**Browser Information**

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/133.0.0.0 Safari/537.36

**Digital Signature (SHA256 / PKCS#1v1.5)**

2e66351901f12236949e5a85808e9eccafb3b763c99726f3cf78d82
8aec37e210ef6cbf85a0f93c51b320c8581122cd9445a102e1cd85e
c9390d427e66a7ee86e05426a6f5f3fbc96c5838a9fd39f08e5263c
f8b761bf2eb2a7571f4daf4350bad04c98831e269d01bebd74e1da3
2894c27c128a89df050530a25f89a9ca95c05b4aec70b93043c938b
0a0ce7ed891c3bff7614d567efb0a613a56b2a212d36f2f518ea97a
959722032419af87bd15f7cf356bfabfe8cda5a7ebb16cf6fa5eac5
8e9dfae94e1f994817dcec53df72a3fc1b12381464f264d11022856
f4214da66f8036b65329540bc7bcb5666989cbfc099f732289b70
770abcde4863f3c4776

# File Signatures

## SCREEN CAPTURE

### MHTML

**File Name**

WPFS_1741296578402.mhtml

**Hash (SHA256)**

c672069e243dd75cd5112ee885f8e62367e080a16494ff74f8871da08bbd6263

**Signature (PKCS#1v1.5)**

57ddd4d218332d5e25ec2f5ca67bc70c7754e6cce10edeeae2bab8
e28d6b713bfaf2f7a9323ef56e51d8f738d66c2b1e27ab747961d2
cffe1aa810b2cbebe32ba91b794904d0938ae85f59e725dcd89186
6ca64bf8313f61d0b6a7b75264dcd34d8eb80564c34262694f05a5
d2a998e11e8fc9b4ba6e0caba4b72ee3fc47632ee5c1b0d9747a88
bc5b29760a4f0553065d3e08f28b13935ed0b311e195131a44abe4
e0c2ec3bb7e64f6f6763e1bf807c93297ad42292dc36cfecd64381
756c53a8af6eb8212a600b6f34713a5bd6cc0a9e3e21682076ce97
e2bc026826df4dfdac1ae04e58e4920b747d0fe75426d4193b956d
cbac6a614cbe3eb3ee8af4e1a1

## VIDEO

**File Name**

WPFS_1741296578402_0.mp4

**Hash (SHA256)**

e584f226227fda8540d5170cd369906142187350e1be72d3bf2ae81822e38b7d

**Signature (PKCS#1v1.5)**

42f2a4f72cc1d8fa501bb0d7473681457c040a06c1b70514b18ac68
fc72d628fcbe585ad0b982c82dd037ebe4717767da3aca26faa321
f5b3927f9d8f1a515ca57018fd3b71fc378a6ac8d48ebf63eb9afd
27f96c2f397092236af59c405ab3b8560564d7444fb6024c00078d
1484290e04178be62e59c9e2da67c7f86337e1fab6f71f8c89f8c9
70c228fdaac6861c3087006dfce0d66ec37267b462f43ef2693736
c57d2aeac257050e223cad1c7e5cbf6df9371a0b5c1a687555454c
76c4723a38a8c521bbe38a541fcbefc34b05f800bea94bd1f3e155
f480cc12ee206e26f860c0beaf95d7c7535a1c38d8344ad125e08f
0f83f3606c6e344ea3b4596e7



things to do, nail salons, plumbers | San Francisco, CA

Restaurants ▾   Home Services ▾   Auto Services ▾   More ▾

Yelp for Business ▾   Write a Review   Log In   Sign Up

« Back to Heal The World Pharmacy



Hundreds of millions of reviews are posted on Yelp, and our automated recommendation software works in the background to showcase the reviews that it determines are most helpful. These are typically written by active members of the Yelp community who are self-motivated to share their personal, detailed experiences about local businesses. It applies the same objective rules to reviews of every business and treats reviews of advertisers and non-advertisers exactly the same.

The software does something no human can—regularly analyze billions of data points from all reviews, reviewers and businesses to evaluate the usefulness and reliability of each review. It's engineered to provide a level playing field for all businesses on Yelp. Having a great reputation on Yelp shouldn't be about who has the time and resources to ask the most people to write reviews. Great Yelp reviews and ratings should come from consumers who had a great experience that they're inspired to tell others about. Learn more here.

**Is this your business?**
Claim your Yelp business page

**10 reviews for Heal The World Pharmacy that are not currently recommended**

Note: The reviews below are not factored into the business's overall star rating.

**Maria K.**
New York, NY
0 friends
1 review

★☆☆☆☆ 12/21/2022
My relatives recommended this pharmacy but omg the guy running it Shamza or whatever was so rude and disgusting. Who gave this monster this pharmacy. He was not only rude to me but his workers looked afraid of getting beat up. This pharmacy needs to go. I will never return and go to Walgreens. They are much more professional and kind human beings....

**Heali P.**
San Francisco, CA
0 friends
1 review

★★★★★ 12/22/2020
Great place amazing staff HAMZA is great!

**Ashley L.**
Queens, NY
0 friends
2 reviews

★★★★★ 10/11/2017
I love this pharmacy, much better than Walgreens across the street which is where I always went before they came into the neighborhood. They are extremely nice, they even dropped off my medication one day when I couldn't pick it up due to work for free! Good people.

**Asher A.**
Queens, Queens, NY
0 friends
2 reviews

★★★★★ 2/24/2017
1000% better than walgreens & riteaid...combined. I only go here now and so far I've never been disappointed =d

**Rebecca A.**
Queens, Queens, NY
0 friends

★★★★★ 2/23/2017
I love coming here. Isaac, the main pharmacist, knows me by name. Its quick and easy. Sometimes I don't even

**File Name**
WPFS_1741296578402_0.jpg

**Hash (SHA256)**
93fd3477e661c6e59a6df4275795d8686b9ccbe8b04b107eca81ee6245e32470

**Signature (PKCS#1v1.5)**
4579019a11a851d165c6403b71cac5d28255c96918444417a9e9bd3a37f9b40cf6784187 1e8743360c77ecad1b8c81f84280248936826d57e4ffb5e00077b5efa9647dba64acd93a571454ed5366436d07cef241a95fe90ea46ded4b36e690b8a9e6107b1e766fe684f0d73f5088e9707300632feda198f5f05e5ddb947eb5cd6c9fac0863cbfb705d09742c72fb352dc6dcea1d82af53581f23f4f9bd0c26417ba49f852c863757a4c96339335b9ecc41a24eaf4b51938a443f0fd9a62459257daffdf5c756fbc28b05a5ff28f816b020845197f60447ed89dca79a1299667b5911d125df2f479cd20af258ac388176b31d39a78f49c50a5af44eb4e9ea366e

**URL**
https://www.yelp.com/not_recommended_reviews/heal-the-world-pharmacy-jamaica-2

**Timestamp**
Thu Mar 06 2025 21:29:38 GMT+0000 (UTC)

Maria R.
New York, NY
0 friends
1 review

⭐☆☆☆☆ 12/21/2022
My relatives recommended this pharmacy but omg the guy running it Shamza or whatever was so rude and disgusting. Who gave this monster this pharmacy. He was not only rude to me but his workers looked afraid of getting beat up. This pharmacy needs to go. I will never return and go to Walgreens. They are much more professional and kind human beings.

Heali P.
San Francisco, CA
1 review

⭐⭐⭐⭐⭐ 12/20/2020
Great place amazing staff HAMZA is great

Ashley L.
Queens, NY
0 friends
2 reviews

⭐⭐⭐⭐⭐ 10/11/2017
I love this pharmacy, much better than Walgreens across the street which is where I always went before they came into the neighborhood. They are extremely nice, they even dropped off my medication one day when I couldn't pick it up due to work for free! Good people.

Asher A.
Queens, Queens, NY
0 friends
2 reviews

⭐⭐⭐⭐⭐ 2/24/2017
1000% better than walgreens & riteaid...combined. i only go here now and so far i've never been dissapointed =d

Rebecca A.
Queens, Queens, NY
0 friends
2 reviews

⭐⭐⭐⭐⭐ 2/23/2017
I love coming here. Isaac, the main pharmacist, knows me by name. Its quick and easy. Sometimes I don't even have to call in my refills, they call me!

James D.
Queens, Queens, NY
0 friends
2 reviews

⭐⭐⭐⭐⭐ 2/23/2017
5 STARS!!!! I never have to wait to pick up a prescription, and these people deliver!!! for FREE!!!!! Try getting service like that from Walgreens or RiteAid -_-

Windel P.
Queens, Queens, NY
0 friends
2 reviews

⭐⭐⭐⭐⭐ 2/23/2017
FREE DELIVERY! need i say more? I don't know of any other pharmacy/drug stores that deliver, but I have a disabled mom and having the option to have her meds delivered sometimes is wonderful! Staff is ALWAYS nice. I've never had or even heard of a negative experience with them.

Dorly J.
Queens, NY
129 friends
4 reviews

⭐⭐⭐⭐⭐ 7/24/2016
I've used them as my pharmacy when I was having problems getting the quantity of meds I needed from Walgreens. It was always an issue getting my meds, long wait etc, then when Walgreens no longer accepted my insurance, I came in there business. They were fairly new then and I haven't went no where else since. They have everything u need and if they don't have it they order it and you can get it the next day. Very reliable, quick with contacting the doctors if need be. Also when ur meds are ready for pick up or delivery, Isaac the pharmacist contacts you thru phone, email or text. They are very update with technology which I love, very clean, and no long wait. Also they are very friendly, informative and understanding. I love this pharmacy, I love the two brothers Isaac n Joseph, along with the rest of the staff. Joseph is the jewelry go to guy. I have bought along with my boyfriend and parents jewelry that are beautiful pieces, reasonable pricing, and very durable. He knows a lot about jewelry. Excellent customer service. If you are in the area I recommend to give them a try you will not be disappointed.

Josephina H.
Rochdale, Queens, NY
55 friends
6 reviews
15 photos

⭐⭐⭐⭐⭐ 7/6/2016
The pharmacist was quick and efficient. Just left the doctors and had them forward my prescription. Visited the pharmacy for the first time and was beyond pleased. Being that there was hardly a wait, and the employees were beyond friendly yet knowledgeable.

Akli J.

**File Name**
WPFS_1741296578402_1.jpg

**Hash (SHA256)**
90b5391d3c3a3acdbf5879a7b5f6902f33316d8b38ec92e966257383847cb29c

**Signature (PKCS#1v1.5)**
5c88ae4ae880fa2b085b2cb417873e09ca5d32d6c9122140c7cf9e555e2
dadc86d9f809801248559aaa0dc7007b504a0aaa6b2b3b48b5d74714e9a
94895900b0b1245de548e2e0681366ccb9690833d47492db0e8f4a617f62
ad4c087cabe7ccf1e833dd27d54492d7a2426326789c84d20e55bf631932
5f028f0ef2211f5e6c8f25abebe7004905b3480106089d886f1b61397054
92fb81d22837aa406516a20a45d08b1ab0d2c9b3c7044c128e4f0b07812b
547f1c0f282027708dc58476a8ac394a2b2b075b24dc7f5dc1ded38e41be
1e2e7337fbc3c6dd28fa6a35eff60ab512d35628495e52e50636fd2b6abf
567c0e5698af9f0c340b44c1ab6beae9dc

**URL**
https://www.yelp.com/not_recommended_reviews/heal-the-world-pharmacy-jamaica-2

**Timestamp**
Thu Mar 06 2025 21:29:38 GMT+0000 (UTC)



**File Name**
WPFS_1741296578402_2.jpg

**Hash (SHA256)**
be0987170fb0792dc3e6c8d31a3e7ab2c3c7593d6fc7f3aea582164d0130
2c54

**Signature (PKCS#1v1.5)**
4ec0f7f6c22cee6585f18476b4445aa36169414a82556c3c10abf893b60b3
52cfbe7db725fc140f43912f7f72d1b15b8adb02466d0f8c87105b8b5173c
1af1260666b2d19a64d4580cb7e729f51c3cd1cb326882cbe6d98d2a6e07
9274914d6efbb67709d8a45fc1a31e5c667a13758e8862471a5a5bc14c73
84f651fa955dd3d1be51ee49008f241c5c948191af6f2dffb3ec1b269954
b951dbcb95b6b5c625ca2e1dcf850789d9a31c011d74a3a543e93f80fcf0
4d4d195e035b87f591295f833e7cae967da2a698c9fe9e3de6583ec49dd
25846489f872664bf1d843ba3674d6c70e0782f6640452866ebef09b5ed
852b9b44f0c3cdd83044b65eabbad3bf

**URL**
https://www.yelp.com/not_recommended_reviews/heal-the-world-
pharmacy-jamaica-2

**Timestamp**
Thu Mar 06 2025 21:29:38 GMT+0000 (UTC)