# Decl. of Geoffrey Potter
# Exhibit 12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ABBOTT LABORATORIES, et al., :
:
                     Plaintiffs, :     15 Civ. 05826 (CBA) (MDG)
:
       -against- :     **NOTATION OF DEFAULT**
:
ADELPHIA SUPPLY USA, et al., :
:
                     Defendants. :
:
-------------------------------------------------------------x

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that defendants Kimberly Stevens d/b/a Strips2Cash, Luis Santiago, Magchop, LLC, Marleny Canete, Medex Supply Distributors Inc., Medical Discount Services, LLC d/b/a Medical Wholesale Supplies, Moshe Braish, N A & S Drugs, Inc. d/b/a Falcon Health-Mart Drugs, Nabila Chaudhry, and Nader Parsian have not filed an answer or otherwise moved with respect to the complaint herein. The default of defendants Kimberly Stevens d/b/a Strips2Cash, Luis Santiago, Magchop, LLC, Marleny Canete, Medex Supply Distributors Inc., Medical Discount Services, LLC d/b/a Medical Wholesale Supplies, Moshe Braish, N A & S Drugs, Inc. d/b/a Falcon Health-Mart Drugs, Nabila Chaudhry, and Nader Parsian is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

DATED:   April 25, 2023
              Brooklyn, New York

                                                  BRENNA B. MAHONEY
                                                     Clerk of the Court

                                     By:   *Jalitza Poveda*
                                                       Deputy Clerk