UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GILEAD SCIENCES, INC., *et al.*,

        Plaintiffs,

v.

CITY PLUS CARE PHARMACY INC. D/B/A
HEAL THE WORLD PHARMACY, *et al.*,

        Defendants.

Case No. 25-cv-1469 (RER) (RML)

FILED UNDER SEAL
PURSUANT TO 15 U.S.C. § 1116(d)
AND COURT ORDER (DKT. NO. 15)

---

## STIPULATION AND [PROPOSED] ORDER MODIFYING THE ASSET FREEZE

WHEREAS, on March 17, 2025, Plaintiffs Gilead Sciences, Inc., Gilead Sciences Ireland UC, and Gilead Sciences, LLC (together, "Gilead" or "Plaintiffs") commenced this action and sought, *inter alia*, an asset freeze order against, *inter alia*, Defendants City Plus Care Pharmacy Inc. d/b/a Heal the World Pharmacy, Qaiser Chaudhary, Nabila Chaudhary, and Hamza Chaudhary (together "Defendants," and each separately a "Defendant");

WHEREAS, on March 17, 2025, the Court issued an Asset Freeze Order (Dkt. No. 18) against Defendants, which Plaintiffs served on certain financial institutions;

WHEREAS, the Defendants have accepted service of all documents filed on or before March 17, 2025 in this action, and agree not to contest the sufficiency of service;

WHEREAS, Plaintiffs and the Defendants have agreed to an immediate release of specified frozen funds for Defendants' respective personal and business expenses, while Plaintiffs and Defendants otherwise reserve all their respective rights, objections, and remedies;

15626004

NOW THEREFORE, UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for Plaintiffs and the Defendants, it is hereby ORDERED that:

1. The Court's March 17, 2025 Asset Freeze Order is hereby MODIFIED as follows:

    a. Any bank, brokerage house, or financial institution holding frozen assets under the Asset Freeze Order shall continue to hold such assets except as set forth in this Order.

    b. Counsel for Plaintiffs or the Defendants may immediately serve this Order upon Citibank.

    c. Upon service of this Order, Citibank shall immediately unfreeze the frozen account ending with 4859 (account holder or signatory: Qaiser Chaudhary ).

    d. Upon service of this Order, Citibank shall immediately transfer thirty-two thousand seven hundred dollars ($32,700.00) from the frozen Citi Bank account ending in 6551 (account holder or signatory: City Plus Care) into the account ending in 4859 (account holder or signatory: Qaiser Chaudhary).

    e. Other than effecting the transfer of $32,700.00 set forth in subsection (d) above, Citibank shall continue to restrain all assets in the frozen account ending in 6551 (account holder or signatory: City Plus Care).

    f. For the avoidance of doubt, Citibank shall **not** unfreeze any other accounts frozen under the Asset Freeze Order.

15626004

    g. Except to the extent inconsistent with this Order, the provisions of the Court's Asset Freeze Order shall remain in effect.

2. Plaintiffs and the Defendants do not waive and reserve all rights and remedies not specifically addressed herein.

3. Signatures transmitted electronically or by facsimile shall be deemed original.

Dated: March 27, 2022

Respectfully submitted,

| _____ | _____ |
|---|---|
| Geoffrey Potter | Mark Moon |
| Timothy A. Waters | TRENK ISABEL SIDDIQI & |
| PATTERSON BELKNAP WEBB & | SHAHDANIAN P.C. |
| TYLER LLP | 50 Broadway, Suite 1000 |
| 1133 Avenue of the Americas | New York, NY 10004 |
| New York, NY 10036-6710 | Tel: 973-533-1000 |
| Tel: (212) 336-2000 | Fax: 973-533-1111 |
| Fax: (212) 336-2222 | mmoon@trenkisabel.law |
| gpotter@pbwt.com | *Attorneys for Defendants* |
| twaters@pbwt.com | |
| *Attorneys for Plaintiffs* | |

SO ORDERED

/s/ Ramon E. Reyes, Jr.

15626004