UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GILEAD SCIENCES, INC., *et al.*,

    Plaintiffs,

v.

CITY PLUS CARE PHARMACY INC. D/B/A
HEAL THE WORLD PHARMACY, *et al.*,

    Defendants.

Case No. 25-cv-1469 (RER) (RML)

**FILED *EX PARTE* AND UNDER SEAL
PURSUANT TO 15 U.S.C. § 1116(d)
AND COURT ORDER (DKT. 15)**

---

## [PROPOSED] ORDER TO SHOW CAUSE

Upon review of the memorandum of law submitted in support of this Order by Gilead Sciences, Inc. and Gilead Sciences Ireland UC, the accompanying declaration and the exhibits annexed thereto, it is hereby:

ORDERED, that Defendants City Care Plus Pharmacy Inc. d/b/a Heal the World Pharmacy, Qaiser Chaudhary, Nabila Chaudhary, and Hamza Chaudhary shall show cause before the Court at Courtroom __2E__, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201, on the 23rd day of __April__, 2025 at 10:30 o'clock _a_.m., or such other date as may be fixed by the Court, why Defendants should not be held in contempt of the Court's Seizure and Asst Freeze Order; and it is further

ORDERED that answering papers, if any, be filed by Defendants with this Court and served upon Plaintiffs' counsel, Geoffrey Potter, by email at the email address CounterfeitGileadMedications@pbwt.com on or before the __16th__ day of __April__; and finally, it is

ORDERED that Defendants Qaiser Chaudhary, Nabila Chaudhary, and Hamza Chaudhary, along with their counsel, shall personally appear and attend the show-cause conference set forth above.

Hon. Ramón E. Reyes, Jr.
Digitally signed by Hon. Ramón E. Reyes, Jr.
Date: 2025.04.08 09:35:19 -04'00'

_____
UNITED STATES DISTRICT JUDGE

Issued:     April 8     , 2025 at   9:35   o'clock   a.m.   .

2