UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| GILEAD SCIENCES, INC., *et al.*, | : | |
| Plaintiffs, | : | Case No. 25-cv-1469 (RER) (RML) |
| v. | : | |
| CITY PLUS CARE PHARMACY INC. D/B/A HEAL THE WORLD PHARMACY, *et al.*, | : | FILED *EX PARTE* AND UNDER SEAL PURSUANT TO 15 U.S.C. § 1116(d) AND COURT ORDER (DKT. 15) |
| Defendants. | : | |

---

### DECLARATION OF TIMOTHY A. WATERS

TIMOTHY A. WATERS, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a partner of the law firm Patterson Belknap Webb & Tyler LLP, counsel for plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (together, "Gilead").

2. I make this declaration in support of Gilead's Motion for an Order to Show Cause why Defendants should not be held in contempt for their failures to comply with the Seizure Order and Asset Freeze Order issued in this action.

3. I attach hereto true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| A | Defendants' Letter dated April 4, 2025 |
| B | Marga Pharmacy Transfer Form dated January 10, 2025 obtained from seizure at Heal the World Pharmacy[1] |
| C | Marga Pharmacy Transfer Form dated January 10, 2025 obtained from seizure at Heal the World Pharmacy[2] |

---

[1] Personally identifiable information for the patient has been redacted.
[2] Personally identifiable information for the patient has been redacted.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 11, 2025.

_____
TIMOTHY A. WATERS