# EXHIBIT B

RECEIVED 01/10/2025 09:52AM

# Marga Pharmacy, Inc.

## 33 W Burnside Ave, Bronx, NY 10453

### TRANSFER OUT PRESCRIPTION (REFILL TRANSFER)

Phone# (718)618-7676    Fax# (718)618-7776

| | | |
|---|---|---|
| DEA# FM7268609 | NPI# 1174039663 | License# 12345678 |

| | | |
|---|---|---|
| **Transferred To** | Heal the World Pharmacy<br>161-45, Baisley Blvd<br>Jamaica, NY 11434 | Transfer Date: 1/10/2025 9:52:00AM<br>Orignal Rx Date: 1/10/2025<br>Original Rx Qty: 30.00 |
| Phone: | (718)276-4325 | First Fill Date: Not Dispensed |
| Fax: | (718)276-4311 | Last Fill Date: |
| Receiving RPH: | JONATHAN | Last Disp Qty:<br>DEA# |
| Remarks: | | |

Rx#: 236827

| Transferring RPH: | SYED ABID SAEED [SAS] | |
|---|---|---|
| Patient: | [redacted] | Doctor: RUDDY, SAMANTHA<br>DEA: FR1958125<br>Phone: (855)681-8700<br>Supv Name:<br>Supv NPI: |
| Patient Allergy: | No Known Allergies | |
| Phone: [redacted]  Cell: [redacted] | | Fax: (718)299-1420 |
| DOB: [redacted]  Sex: [redacted] | | Address: 459 EAST 149TH STREET340B00551200HR, BRONX, NY 10455 |
| Primary Insurance<br>ID: [redacted]  Group#: [redacted]<br>Bin: [redacted]  PCN: [redacted] | | License#: 318420<br>Npi No: 1972037596 |
| Drug: | BIKTARVY 50-200-25MG TAB | Rx#: 83020 |
| NDC: | 61958250101   DAW: N | Orig. Auth Refills: 0 |
| | | Refill Transferred: 1.00 |
| Order Qty: 30.00  Order Days: 30 | | Total Qty Transferred Out 30.000 |
| Sig: | ONE TAB ORALLY ONCE DAILY | |

Due 01/14/2025

1