# EXHIBIT C

RECEIVED 01/13/2025 12:02PM

# Marga Pharmacy, Inc.

### 33 W Burnside Ave, Bronx, NY 10453

## TRANSFER OUT PRESCRIPTION (REFILL TRANSFER)

Phone# (718)618-7676      Fax# (718)618-7776

| DEA# FM7268609 | NPI# 1174039663 | License# 12345678 |
|---|---|---|

| | | | |
|---|---|---|---|
| **Transferred To** | Heal the World Pharmacy<br>161-45, Baisley Blvd<br>Jamaica, NY 11434 | Transfer Date: | 1/13/2025 12:02:00PM |
| | | Original Rx Date : | 9/10/2024 |
| | | Original Rx Qty: | 180.00 |
| Phone : | (718)276-4325 | First Fill Date : | 9/10/2024 |
| Fax : | (718)276-4311 | Last Fill Date : | 12/17/2024 |
| Receiving RPH : | DIANA | Last Disp Qty: | 30.000 |
| | | DEA# | |
| Remarks : | | Rx#: 236925 | |

| Transferring RPH : | SYED ABID SAEED [SAS] | | |
|---|---|---|---|
| Patient : | ███████████ | Doctor : | ZEANA, COSMINA |
| | | DEA: | BZ7118412 |
| | | Phone: | (718)992-7669 |
| | | Supv Name: | |
| | | Supv NPI: | |
| Patient Allergy : | No Known Allergies, No Known Allergies, | | |
| Phone : | ███ Cell : | Fax: | (718)681-7533 |
| DOB : | ███ Sex : █ | Address: | 1650 Grand Concourse, Bronx, NY 10457 |
| Primary Insurance<br>ID : | ███ Group#: ██ | License#: | 224235 |
| Bin : | PCN : | Npi No: | 1124129861 |
| Drug : | BIKTARVY 50-200-25MG TAB | Rx#: | 82240 |
| NDC : | 61958250101        DAW : N | Orig. Auth Refills: | 5 |
| Order Qty : | 30.00    Order Days : 30 | Refill Transferred: | 1.00 |
| | | Total Qty Transferred Out | 30.000 |
| Sig : | 1 TAB(S) ORALLY ONCE A DAY X 30 DAYS | | |

1