UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GILEAD SCIENCES, INC., *et. al.*,

        Plaintiffs,

v.

CITY CARE PLUS PHARMACY LLC D/B/A HEAL THE WORLD PHARMACY; NABILA CHAUDHARY; QAISER CHAUDHARY; and HAMZA CHAUDHARY

        Defendants.

Case No. 25-cv-1469 (RER) (RML)

---

## DECLARATION OF SHUMAILA ARSLAN

Shumaila Arslan, of full age, pursuant to 28 U.S.C. § 1746, hereby certifies and declares as follows:

1. I purchased City Care Plus Pharmacy LLC d/b/a Heal the World Pharmacy (the "Pharmacy") on January 24, 2022 from Nabila Chaudhary.

2. On January 24, 2022, I became the sole owner of the Pharmacy.

3. Nabila Chaudhary, Qaiser Chaudhary and Hamza Chaudhary were not owners of the Pharmacy after January 24, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Shumaila Arslan*
_____
Shumaila Arslan

Dated: May 1, 2025