

May 20, 2025

Anna Blum
Associate
(212) 336-2027
ablum@pbwt.com

**VIA ECF**

Hon. Ramón E. Reyes, Jr.
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Gilead Sciences Inc. et al v. City Plus Care Pharmacy Inc. d/b/a Heal the World Pharmacy, et al.*, **No. 25-cv-1469 (RER) (RML) (E.D.N.Y.)**

Dear Judge Reyes:

    We represent Plaintiffs (together, "Gilead") in the above-captioned matter. We write to request the Court's permission to play one or more brief video clips from Defendants' deposition testimony at tomorrow's 11:00 a.m. hearing on Gilead's motion for an Order to Show Cause. Gilead can prepare a USB with the video clips, or at the Court's direction, can prepare the clips in any other format.

Respectfully submitted,

*/s/ Anna M. Blum*

Anna M. Blum

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.2222