# CIVIL MINUTE CALENDAR

**Before EDNY (Brooklyn), U.S. District Judge Ramón E. Reyes, Jr.**

**Date:** 5/21/2025     **Time in Court:** 80 min.

**Docket Number:** 25-cv-1469

**Case Title:** Gilead Sciences, Inc. et al v. City Plus Care Pharm. Inc. et al

**Court Reporter:** Charleane Heading    **FTR Log:** N/A

**Law Clerk:** LMJ

**Plaintiffs represented by:** Timothy Waters and Anna Blum of Patterson Belknap Webb & Tyler LLP

**Defendants represented by:** Satish V. Poondi of Trenk Isabel Siddiqi & Shahdanian P.C. on behalf of City Plus Care Pharm., Inc. Matthew Modafferi of Frier Levitt LLC on behalf of individual defendants.

**Type of Hearing Held:** Show Cause Hearing

**Pending Motion:** [58] MOTION to Appear by Telephone/Video (denied on 5/20/25) and MOTION for More Definite Statement

**TEXT:**

Case called. Timothy Waters and Anna Blum of Patterson Belknap Webb & Tyler LLP appeared on behalf of Plaintiffs. Satish Poondi of Trenk Isabel Siddiqi & Shahdanian P.C. appeared on behalf of corporate defendants. Matthew Modafferi of Frier Levitt LLC appeared on behalf of individual defendants. Discussions held. As stated on the record, (1) Plaintiff is directed to file the following by end of day <b>5/21/25</b>: (i) a proposed order with respect to a remedy for violation of the asset freeze and seizure orders; (ii) a proposed order regarding access to City Plus Care Pharmacy Inc.'s business email account; and (iii) a proposed order for preliminary injunction and confirmation of the seizure. (2) Discovery shall conclude by <b>August 19, 2025</b>. (3) Re: [58] MOTION for More Definite Statement, on <b>June 9, 2025</b>, Satish Poondi and Patrick Tobias of Trenk Isabel Siddiqi & Shahdanian P.C. will

be terminated as attorneys for City Plus Care Pharmacy Inc., and Matthew Modafferi and Chunsoo Park of Frier Levitt LLC will be terminated as attorneys for Nabila Chaudhary, Qaiser Chaudhary, and Hamza Chaudhary. (4) Attorneys for City Plus Care Pharmacy Inc. are directed to inform their client that failure to retain new counsel by <b>June 10, 2025</b>, will result in the pharmacy being in default.  Contact Court Reporter Charleane Heading at (718) 613-2643 to order the transcript.