UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GILEAD SCIENCES, INC., *et al.*,

        Plaintiffs,

        v.

CITY PLUS CARE PHARMACY INC. D/B/A HEAL THE WORLD PHARMACY, *et al.*,

        Defendants.

Case No. 25-cv-1469 (RER) (RML)

---

### ENDORSED PRELIMINARY INJUNCTION AND SEIZURE CONFIRMATION ORDER

WHEREAS, upon review of the Complaint of Gilead Sciences, Inc. and Gilead Sciences Ireland UC, the accompanying declarations and the exhibits annexed thereto, and the memorandum of law submitted in support of Gilead's motion for, *inter alia*, a seizure order, a temporary restraining order, and order to show cause, this Court entered a temporary restraining order and seizure order, ECF Nos. 16 and 17;

WHEREAS, the Court ordered the Defendants to show cause at or before a hearing scheduled for May 21, 2025 at 11:00 a.m. why the temporary restraining order should not be converted to a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure;

WHEREAS, no Defendant opposed entry of the preliminary injunction or confirmation of the seizure order;

**IT IS HEREBY ORDERED** that, pending the final determination of this action, Defendants City Plus Care Pharmacy Inc. d/b/a Heal the World Pharmacy ("Heal the World"), Nabila Chaudhary, Qaiser Chaudhary, or Hamza Chaudhary (together, "Defendants") and their

principals, agents, officers, directors, members, servants, employees, successors, assigns and all other persons in concert and participation with them are immediately preliminarily enjoined from engaging in any or all of the following acts:

    1.    Purchasing, selling, distributing, marketing, manufacturing, or otherwise using any of the Gilead Marks (as defined herein) on any counterfeit or authentic product, or any marks confusingly similar thereto in connection with any products.  The "Gilead Marks" are defined as the following:

| Trademark | Registration Number | Registration Date |
|---|---|---|
| GILEAD | 3251595 | June 12, 2007 |
|  | 2656314 | December 3, 2002 |
| GSI | 3890252 | December 14, 2010 |
| BIKTARVY | 5344455 | November 28, 2017 |
| DESCOVY | 4876632 | December 29, 2015 |
| DESCOVY FOR PREP | 5912591 | November 19, 2019 |
| 9883 | 5467392 | May 15, 2018 |
|  | 5636131 | December 25, 2018 |
|  | 5906177 | November 12, 2019 |
|  | 5030567 | August 30, 2016 |
|  | 5154303 | March 7, 2017 |
| TRUVADA | 2915213 | December 28, 2004 |
| GENVOYA | 4797730 | August 25, 2015 |

2

| Trademark | Registration Number | Registration Date |
|---|---|---|
| VOSEVI | 5259592 | August 8, 2017 |
| STRIBILD | 4263613 | December 25, 2012 |
|  | 6031751 | April 14, 2020 |
| SOVALDI | 4468665 | January 21, 2014 |
|  | 5018106 | August 9, 2016 |
| 7977 | 4585257 | August 12, 2014 |
| ODEFSEY | 4879988 | January 5, 2016 |

2.  Using any logo, trade name or trademark confusingly similar to any of the Gilead Marks which may be calculated to falsely represent or which has the effect of falsely representing that the services or products of any or all of the defendants or of others are sponsored by, authorized by or in any way associated with Plaintiffs;

3.  Infringing any of the Gilead Marks;

4.  Falsely representing any or all of Defendants as being connected with Plaintiffs or sponsored by or associated with Plaintiffs or engaging in any act which is likely to cause the trade, retailers and/or members of the purchasing public to believe that any or all of Defendants are associated with Plaintiffs;

5.  Using any reproduction, counterfeit, copy, or colorable imitation of any of the Gilead Marks in connection with the publicity, promotion, sale, or advertising of any Gilead product;

3

6. Affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation including words or other symbols tending to falsely describe or represent such goods as being Gilead products, and from offering such goods in commerce;

7. Diluting any of the Gilead Marks;

8. Removing from their premises, or discarding, destroying, transferring or disposing in any manner any information, computer files, electronic files, WhatsApp or text messages, business records (including but not limited to e-mail communications) or other documents or communications relating to Defendants' assets and operations or relating in any way to the purchase, sale, manufacture, offer for sale, distribution, negotiation, importation, advertisement, promotion, or receipt of any products purporting to be Gilead products, including without limitation any products bearing any of the Gilead Marks, including without limitation BIKTARVY®; and

9. Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (1) through (8) above; and it is further

ORDERED that Plaintiffs and their surety U.S. Specialty Insurance Company are released from any and all liability under Bond Number 1001220694 and the seizure executed under this Court's March 17, 2025 Seizure Order is hereby confirmed.

Dated: June 12, 2025

/s/ Ramón E. Reyes, Jr. 6:43 P.M.
_____
Hon. Ramón E. Reyes, Jr.