AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Gilead Sciences, Inc. et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-01469 (RER) (RML) |
| City Plus Care Pharmacy, Inc. et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Qaiser Chaudhary, Nabila Chaudhary and Hamza Chaudhary

Date:   07/29/2025

*Attorney's signature*

Darius A. Marzec, Esq. (4451274)
*Printed name and bar number*

Marzec Law Firm, P.C.
776A Manhattan Ave, Suite 104
Brooklyn, NY 11222

*Address*

dmarzec@marzeclaw.com
*E-mail address*

(718) 609-0303
*Telephone number*

(718) 841-7508
*FAX number*