AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Gilead Sciences, Inc. et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01469 (RER) (RML) |
| City Plus Care Pharmacy, Inc. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Qaiser Chaudhary, Nabila Chaudhary and Hamza Chaudhary

Date: 07/29/2025

*Attorney's signature*

Jerome Noll, Esq. (2655603)
*Printed name and bar number*

Marzec Law Firm, P.C.
776A Manhattan Ave, Suite 104
Brooklyn, NY 11222

*Address*

jerome.noll@marzec.myfirm.pro
*E-mail address*

(718) 609-0303
*Telephone number*

(718) 841-7508
*FAX number*