# EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GILEAD SCIENCES, INC., *et al.*, :
: Case No. 25-cv-1469
Plaintiffs, :
: **PLAINTIFFS' FIRST SET OF**
v. : **DOCUMENT REQUESTS TO**
: **DEFENDANT QAISER**
CITY PLUS CARE PHARMACY INC. D/B/A : **CHAUDHARY**
HEAL THE WORLD PHARMACY, *et al.*, :
:
Defendants. :
----------------------------------------------------------- x

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (collectively, "Gilead") hereby request that Qaiser Chaudhary produce for inspection and copying all non-privileged documents designated below that are in his possession, custody, or control.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

Any license(s), registration(s), permit(s), and/or any other document(s) authorizing or otherwise permitting You and/or any Entity you own, have a beneficial interest in, manage, or control to engage in the commercial procurement, purchase, distribution, offer for sale, and/or sale of Gilead-branded medicine.

**REQUEST FOR PRODUCTION NO. 2:**

All documents and communications concerning any actual or attempted procurement, purchase, distribution, offer for sale, and/or sale of any Gilead-branded medicine by You and/or any Entity you own, have a beneficial interest in, manage, or control, including but not limited to purchase orders, invoices, payments, receipts, shipping documents, bills of lading, T3/pedigree/DSCSA forms, documents submitted to any pharmaceutical marketplace such as

MatchRX.com, Trxade, Rxeed, RxWorld, and EzriRX, and any other documents or communications concerning such actual or attempted transactions, whether or not such transactions were consummated.

**REQUEST FOR PRODUCTION NO. 3:**

All documents and communications concerning the actual or attempted purchase of BIKTARVY® bearing lot number ZYFSA and an expiration date of December 2026, and/or any purchase of BIKTARY® bearing lot 031487 and an expiration date of November 2026, including the purchase orders, invoices, payments, receipts, shipping documents, bills of lading, T3/pedigree/DSCSA forms, documents submitted to any pharmaceutical marketplace, and any other documents or communications concerning such actual or attempted transactions, whether or not such transactions were consummated.

**REQUEST FOR PRODUCTION NO. 4:**

All documents and communications concerning the actual or attempted creation, modification, alteration, or copying of all or part of labels for Gilead-branded medicines, including but not limited to BIKTARVY®.

**REQUEST FOR PRODUCTION NO. 5:**

All communications between You and any person and/or Entity concerning the procurement, purchase, distribution, offer for sale, and/or sale of any Gilead-branded medicine, including but not limited to any already-dispensed Gilead-branded medicine.

**REQUEST FOR PRODUCTION NO. 6:**

All documents and communications relating to the transfer of patients with prescriptions for Gilead-branded medicines among or between any pharmacies owned, controlled, or operated in whole or in part by You, including but not limited to, any transfers of patients between or among Marga Pharmacy, Ravensview Pharmacy, Heal the World Pharmacy, Smith Pharmacy,

2

More Health Plus Pharmacy d/b/a EZ Pharmacy, Kingsbridge Pharmacy, and any other pharmacy owned or operated or previously owned or operated, in whole, and in part, by You.

**REQUEST FOR PRODUCTION NO. 7:**

All documents and communications relating to the relationships between or among Marga Pharmacy, Ravensview Pharmacy, Heal the World Pharmacy, Smith Pharmacy, More Health Plus Pharmacy d/b/a EZ Pharmacy, Kingsbridge Pharmacy, and any other pharmacy owned or operated or previously owned or operated, in whole, and in part, by You.

**REQUEST FOR PRODUCTION NO. 8:**

All documents and communications exchanged between You and any local, state, or federal regulatory or law enforcement agency concerning Gilead-branded medicine, including but not limited to communications with any state or local regulatory body, the Food and Drug Administration, the Department of Justice, the Federal Bureau of Investigation, and any United States Attorney's Office.

**REQUEST FOR PRODUCTION NO. 9:**

All documents and communications concerning illegitimate (as that term is defined by 21 U.S.C. § 360eee(8)) Gilead-branded medicine.

**REQUEST FOR PRODUCTION NO. 10:**

All documents and communications concerning suspect (as that term is defined by 21 U.S.C. § 360eee(21)) Gilead-branded medicine.

**REQUEST FOR PRODUCTION NO. 11:**

All documents and communications concerning any known, reported, or suspected counterfeit and/or misbranded Gilead-branded medicine, including but not limited to: bottles containing incorrect or suspicious pills; bottles with counterfeit, damaged, or otherwise

3

suspicious packaging, labeling or outserts; and/or bottles accompanied by counterfeit, falsified, or otherwise suspicious T3/pedigree/DSCSA documentation.

**REQUEST FOR PRODUCTION NO. 12:**

Documents sufficient to show each procurement, purchase, distribution, offer for sale, and/or sale You made, either on behalf of yourself or an Entity, of a Gilead-branded medicine from any source—including but not limited to Gilead Authorized Distributors, the secondary market, patients, or the internet—and the disposition of each bottle.

**REQUEST FOR PRODUCTION NO. 13:**

All documents and communications concerning previously-dispensed or re-dispensed bottles of Gilead-branded medicine, including but not limited to documents and communications concerning the repurchase of Gilead-branded medicine from patients.

**REQUEST FOR PRODUCTION NO. 14:**

All documents sufficient to show the disposition of any funds You received in connection with the procurement, purchase, distribution, offer for sale, and/or sale of any Gilead-branded medicine.

**REQUEST FOR PRODUCTION NO. 15:**

All communications (including but not limited to emails, text messages, and messages exchanged on other messaging platforms such as WhatsApp or Teams) concerning Gilead-branded medicine.

**REQUEST FOR PRODUCTION NO. 16:**

Documents sufficient to show any bank, brokerage, exchange, money-market, digital payment, cryptocurrency, or other account You own, control, have a beneficial interest in, or have signatory authority over. Such documents must be sufficient to show (1) the account or

4

other identifying number, (2) the institution, (3) the account owner and any Individuals with signatory authority, and (4) the present balance.

**REQUEST FOR PRODUCTION NO. 17:**

Documents sufficient to show all ownership interests, either direct or indirect (through another Entity or otherwise), you currently have or have had in any Entity. Such documents must be sufficient to show the (1) date of acquisition or creation of the ownership interest, (2) amount paid for such interest, if any, (3) prior owner of the interest, if any, (4) co- or joint-owners of the Entity, if any, and (5) date of sale, counterparty, and amount You sold the interest for, if applicable. You need not disclose ownership interests in publicly-traded Entities.

**REQUEST FOR PRODUCTION NO. 18:**

All non-privileged documents and communications You rely upon to formulate Your responses to any interrogatories that Gilead serves on You in this action.

**REQUEST FOR PRODUCTION NO. 19:**

All documents reflecting payments made to or from You in connection with the construction work done at Heal the World Pharmacy, including payments for supplies, payments to workers, and payments received for the work.

**REQUEST FOR PRODUCTION NO. 20:**

All documents regarding payments between Arusra LLC and Heal the World Pharmacy, including (1) the amount of payments, (2) the date of the payments, (3) the reason for the payments, including any invoices for goods sold to Heal the World Pharmacy.

## DEFINITIONS AND INSTRUCTIONS

1. "You" or "Your" means Qaiser Chaudhary and all Individuals and/or Entities acting or purporting to act on his behalf or under his control.

2. "Heal the World" or "Heal the World Pharmacy" means City Plus Care Pharmacy Inc. d/b/a Heal the World Pharmacy and all Individuals and/or Entities acting or purporting to act on its behalf or under its control.

3. "Gilead-branded medicine" means any medicine bearing the "Gilead" brand name or manufactured by Gilead, including but not limited to AMBISOME®, ASEGUA®, BIKTARVY®, CAYSTON®, COMPLERA®, DESCOVY®, EMTRIVA®, EPCLUSA®, GENVOYA®, HARVONI®, HEPSERA®, LETAIRIS®, ODEFSEY®, SOVALDI®, STRIBILD®, SUNLENCA®, TECARTUS®, TRODELVY®, TRUVADA®, TYBOST®, VEKLURY®, VIREAD®, VOSEVI®, YESCARTA®, and ZYDELIG®.

4. "Gilead Authorized Distributor" means the authorized distributors listed at https://www.gilead.com/medicines/authorized-distributors.

5. "Counterfeit" means using a spurious mark that is identical with or substantially indistinguishable from Gilead's registered marks in connection with the procurement, purchase, distribution, offer for sale, and/or sale of any Gilead-branded medicine and/or accompanying documentation or packaging, the use of which is likely to cause confusion or mistake, or to deceive.

6. "Entity" or "Entities" means any corporation (whether closely held, registered with a secretary of state, publicly traded, privately held, or otherwise), partnership of

6

any kind, limited liability company of any kind, trust or estate of any kind, and/or any legally distinct entity other than a natural person.

7. "Individual" or "Individuals" mean any natural person and/or multiple natural people.

8. Where a claim of privilege is asserted with respect to any document request either in whole or in part, You shall comply with the requirements of Federal Rule of Civil Procedure 26.

9. These requests shall be deemed to be continuing and You will be under a duty to supplement or correct Your responses hereto, in accordance with Federal Rule of Civil Procedure 26(e). If You acquire possession, custody, or control of any additional documents responsive to these requests after the service of responses hereto, You shall promptly furnish such documents to Gilead's attorneys.

10. These requests seek documents from the time period of January 1, 2019 to the present, unless otherwise noted.

11. If a responsive document was, but no longer is, within Your possession, custody, or control, please state in detail:

    (a) the type of document and the author(s), sender(s), recipient(s), and copyee(s) of the document;

    (b) a summary of the contents of the document;

    (c) what disposition was made of such document;

    (d) the date of such disposition;

    (e) whether the original or a copy thereof is within the possession, custody, or control of any other person; and

(f) if the answer to (e) is affirmative, the identity of such person.

12. The terms "all," "any," and "each" shall each be construed as encompassing any and all; the connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope; the use of the singular form of any word includes the plural and vice versa.

13. The term "concerning" means relating to, referring to, describing, evidencing, or constituting.

14. The terms "including," "include," or "includes" are used in their broadest sense and are not meant to be limiting. Any list following these terms contains illustrative examples, but the list is not exclusive or exhaustive.

15. The term "communication" means the transmittal of information (in the form of facts, ideas, inquires, or otherwise), and includes but is not limited to electronic communications, such as through text messages, WhatsApp messages, and emails.

16. The term "document" is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Federal Rule of Civil Procedure 34(a)(1)(A). A draft or non-identical copy is a separate document within the meaning of this term.

17. Pursuant to Federal Rule of Civil Procedure 34(b), You shall produce responsive documents as they have been kept in the usual course of business or shall organize and label them to correspond to the enumerated requests of this demand. If You have no documents responsive to a particular category, You shall so state in writing.

18. These document requests are intended to cover all documents and things

in Your charge or possession as well as those subject to Your custody or control, whether in Your possession, at the office of Your attorneys, or at any other place or in the possession of any other person or entity subject to Your control, including emails and other information stored on web-based servers such as Yahoo.com or Gmail.com.

19. You shall take immediate steps to preserve all documents responsive to these requests, including electronic data that may exist on backup and/or other archived electronic data compilations. These measures must include, but are not limited to, discontinuation of all data destruction/backup recycling policies applicable to such documents.

20. Pursuant to Federal Rule of Civil Procedure 34, You must respond in writing within 30 days of service of these Requests for Production. You may serve your written responses by e-mail upon counsel for Plaintiffs at the following email addresses: gpotter@pbwt.com, twaters@pbwt.com, and ablum@pbwt.com.

Dated: June 30, 2025.

PATTERSON BELKNAP WEBB & TYLER LLP

By: */s/ Timothy A. Waters*
  Geoffrey Potter
  Timothy A. Waters
  Anna M. Blum

1133 Avenue of the Americas
New York, NY 10036-6710
T: 212-336-2000
F: 212-336-2222
E: gpotter@pbwt.com
   twaters@pbwt.com
   ablum@pbwt.com

*Attorneys for Plaintiffs*
*Gilead Sciences, Inc. and Gilead Sciences Ireland UC*