# EXHIBIT B

Case 1:25-cv-01469-RER-RML    Document 90-2    Filed 09/05/25    Page 1 of 2 PageID #: 1455

| | |
|---|---|
| **From:** | Joshua Rubin |
| **To:** | Blum, Anna (x2027) |
| **Cc:** | Potter, Geoffrey (x2050); Waters, Timothy (x7601); Jerome Noll; dariusmarzec@gmail.com; dmarzec@marzeclaw.com |
| **Subject:** | Supplement to Responses in Gilead v. City Plus Care Pharmacy Inc., et al |
| **Date:** | Wednesday, August 20, 2025 11:48:03 AM |

**External: Think before you click.**

Hi, Anna,

Here is account information regarding Pakistan bank accounts we just received. We will provide formal supplements shortly.

```
National bank of Pakistan
Account
134-68-782

Standard chartered bank
Routing
00-414-25
Account
038-069-1

City - Lahore
```

Best regards,

Josh

Joshua Neil Rubin, Esq.
**Marzec Law Firm, P.C.**
776A Manhattan Avenue, Ste 104
Brooklyn, NY 11222
Phone: (718) 609-0303
Fax:    (718) 841-7508
joshua.rubin@marzec.myfirm.pro
**Admitted in New York**