

www.pbwt.com

September 8, 2025

Timothy A. Waters
Partner
(212) 336-7601
twaters@pbwt.com

**Via ECF**
Hon. Ramón E. Reyes, Jr.
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Gilead Sciences Inc. et al v. City Plus Care Pharmacy Inc. d/b/a Heal the World Pharmacy, et al*., No. 25-cv-1469 (RER) (RML) (E.D.N.Y.)

Dear Judge Reyes:

As you know, we represent Plaintiffs in the above-captioned action. Upon the consent of all parties, we write to respectfully request that the in-person conference currently scheduled for noon on September 11, 2025 be rescheduled due to the unavailability of Plaintiffs' counsel. (Scheduling Order entered Sept. 4, 2025.) This is the first request to reschedule the conference.

On the day of the scheduled conference, Plaintiffs' lead counsel on this action – the undersigned and Geoffrey Potter – have a long-standing engagement to deliver the keynote address at an industry conference in Washington, D.C. And the following week we will be travelling internationally for business, including speaking at an anti-counterfeiting conference in London.

We have conferred with counsel for the Defendants, who consent to the requested rescheduling. The parties are available to appear in person on Wednesday, September 10 after 3:00 p.m., or on Friday, September 12 after 3:00 p.m. Otherwise, the parties are generally available on Friday, September 19 and (after the Rosh Hashanah holiday) on September 25 and 26.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*/s/ Timothy A. Waters*

Timothy A. Waters

Patterson Belknap Webb & Tyler LLP    1133 Avenue of the Americas, New York, NY 10036    T 212.336.2000    F 212.336.222