

www.pbwt.com

November 21, 2025

Timothy A. Waters
Partner
(212) 336-7601
twaters@pbwt.com

**Via Email and ECF**
Darius Marzec
Joshua Rubin
Marzec Law Firm, P.C.
776A Manhattan Avenue, Ste 104
Brooklyn, NY 111222
dmarzec@marzeclaw.com
jrubin@marzeclaw.com

>  Re: *Gilead Sciences Inc. et al v. City Plus Care Pharmacy Inc. d/b/a Heal the World Pharmacy, et al.*, No. 25-cv-1469 (RER) (RML) (E.D.N.Y.)

Dear Counsel:

Pursuant to Rule IV.B(3) of Judge Reyes's Individual Practices, I enclose the following papers in support of Plaintiffs' motion for case-ending sanctions:

- Notice of Motion for Case-Ending Sanctions

- Memorandum of Law in Support of Motion for Case-Ending Sanctions

- Declaration of Timothy A. Waters, dated November 21, 2025, and exhibits thereto.

- Declaration of Jamar Haywood, dated November 21, 2025, and exhibits thereto.

The exhibits to the declarations of Timothy A. Waters and Jamar Haywood are too voluminous to transmit via email, and so those files are being served via a link to a secure file site from which the exhibits may be downloaded.

Sincerely,

*/s/ Timothy A. Waters*

Timothy A. Waters