

# Lepore Law Group

370 Lexington Avenue
New York, New York 10017
Telephone: 646.632.3787
www.leporelawgroup.com

January 12, 2026

*Via ECF*

Darius Marzec, Esq. (dmarzec@marzeclaw.com)
Jerome Noll, Esq. (jnoll@marzeclaw.com)
Joshua Rubin, Esq. (joshua.rubin@marzec.myfirm.pro)
Marzec Law Firm, P.C.
776A Manhattan Avenue, Ste 104
Brooklyn, NY 11222

Timothy A. Waters, Esq. (twaters@pbwt.com)
Anna Blum, Esq. (ablum@pbwt.com)
Geoffrey Potter, Esq. (gpotter@pbwt.com)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Re: *Gilead Sciences Inc. et al v. City Plus Care Pharmacy Inc. d/b/a Heal the World Pharmacy, et al.*, No. 25-cv-1469 (RER) (RML) (E.D.N.Y.)

Dear Counsel:

Pursuant to Rule IV.B(3) of Judge Reyes's Individual Practices, we enclose the following papers in support of Defendant City Plus Care Pharmacy Inc. d/b/a Heal the World Pharmacy's ("Defendant") Motion to Vacate the Court's July 7, 2025 Entry of Default (the "Motion"):

- Notice of Motion;

- Memorandum of Law in Support of Defendant's Motion; and

- Affidavit of Shumaila Arslan dated January 12, 2026, and exhibits thereto.

Respectfully submitted,

/s/ Love Ahuja, Esq.
Love Ahuja, Esq.