# Marzec Law Firm, P.C.

**Darius A. Marzec Is Licensed To Practice Law In:  New York
New Jersey • Connecticut • Massachusetts • Pennsylvania
Washington, D.C. • Illinois • Florida • California • Hawaii**

**BROOKLYN OFFICE**
776A Manhattan Avenue, Suite 104
Brooklyn, NY 11222
Phone: (718) 609-0303
Facsimile: (718) 841-7508
dmarzec@marzeclaw.com

**Via Email to:  gpotter@pbwt.com**
**twaters@pbwt.com**
**acox@pbwt.com**

**NEW JERSEY OFFICE**
1135 Clifton Avenue, Suite 101
Clifton, New Jersey 07013
*Direct all mail to the New York City Address*

January 19, 2026

Geoffrey Potter
Timothy A. Waters
Anna Cox
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036

**RE:**     <u>**Gilead Sciences Inc. et al v. City Plus Care Pharmacy Inc. et al.**</u>
         Case No.: 25-cv-1469 (RER) (RML)
         Chaudhary Defendants' Opposition to Plaintiffs' Motion for Case-Ending Sanctions

Dear Counsel:

Attached please find the Chaudhary Defendants' Opposition to Plaintiffs' Motion for Case-Ending Sanctions, including:

- Chaudharys' Mem. Final.pdf;
- Qaiser Dec. Sig.pdf;
- Hamza Dec. Sig.pdf;
- Nabila Dec. Sig.pdf;
- Chaudharys' Exhibs Opp.pdf; and
- JNR Dec Sig.pdf.

Best regards,

/s/ *Joshua Neil Rubin*

Joshua Neil Rubin
JR:jr
CC:           ECF
Enclosures:    Yes