# Lepore Law Group

370 Lexington Avenue
New York, New York 10017
Telephone: 646.632.3787
www.leporelawgroup.com

January 20, 2026

*Via ECF*
Darius Marzec, Esq. (dmarzec@marzeclaw.com)
Jerome Noll, Esq. (jnoll@marzeclaw.com)
Joshua Rubin, Esq. (joshua.rubin@marzec.myfirm.pro)
Marzec Law Firm, P.C.
776A Manhattan Avenue, Ste 104
Brooklyn, NY 11222

Timothy A. Waters, Esq. (twaters@pbwt.com)
Anna Blum, Esq. (ablum@pbwt.com)
Geoffrey Potter, Esq. (gpotter@pbwt.com)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

    Re: *Gilead Sciences Inc. et al v. City Plus Care Pharmacy Inc. d/b/a Heal the World Pharmacy, et al.,* No. 25-cv-1469 (RER) (RML) (E.D.N.Y.) – Notice of Withdrawal of Motion

Dear Counsel:

    Defendant City Plus Care Pharmacy Inc. d/b/a Heal the World Pharmacy ("Defendant") hereby withdraws, ***without prejudice***, its January 12, 2026 Motion to Vacate the Court's July 7, 2025 Entry of Default, with notice to all parties via ECF.

                                       Respectfully submitted,

                                       /s/ Love Ahuja, Esq.
                                       Love Ahuja, Esq.