UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| GILEAD SCIENCES, INC., *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 25-cv-1469 (RER) (RML) |
| | : | |
| v. | : | |
| | : | |
| CITY PLUS CARE PHARMACY INC. D/B/A HEAL THE WORLD PHARMACY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

## NOTICE OF MOTION FOR CASE-ENDING SANCTIONS AGAINST THE INDIVIDUAL DEFENDANTS

Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC, (together, "Plaintiffs"), by and through its undersigned counsel, hereby moves in the United States District Court for the Eastern District of New York for the Court to issue sanctions against Defendants Qaiser Chaudhary, Nabila Chaudhary, and Hamza Chaudhary, including the striking of their pleadings and an entry of default judgment against each of them. A memorandum of law and supporting declarations and exhibits are filed concurrently with this motion and incorporated herein.

| | |
|---|---|
| Dated: November 21, 2025 | PATTERSON BELKNAP WEBB & TYLER LLP |
| | By: __/s/ Timothy A. Waters_____ |

Geoffrey Potter
Timothy A. Waters
Anna M. Blum

1133 Avenue of the Americas
New York, NY 10036-6710
T: 212-336-2000
F: 212-336-2222
E: gpotter@pbwt.com
  twaters@pbwt.com
  ablum@pbwt.com

*Attorneys for Plaintiffs*
*Gilead Sciences, Inc. and Gilead Sciences Ireland UC.*