# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

---

GILEAD SCIENCES, INC., *et al.*,

                Plaintiffs,

v.

CITY PLUS CARE PHARMACY INC. D/B/A
HEAL THE WORLD PHARMACY, *et al.*,

                Defendants.

Case No. 25-cv-1469 (RER) (RML)

---

## **DECLARATION OF TIMOTHY A. WATERS**

TIMOTHY A. WATERS, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a partner of the law firm Patterson Belknap Webb & Tyler LLP, counsel for plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (together, "Gilead").

2. I make this declaration in support of Gilead's Motion for Case-Ending Sanctions against the Individual Defendants.

### A.    The March 19, 2025 Seizure and Service of Orders

3. On March 19, 2025, I attended the execution of the Seizure Order, Dkt. No. 17, at City Care Plus Pharmacy Inc. d/b/a Heal the World Pharmacy (the "Pharmacy").

4. The only employee present at the Pharmacy on the day of the seizure was Defendant Hamza Chaudhary. Qaiser and Nabila Chaudhary were not present at the seizure.

5. Pursuant to the Seizure Order, Gilead served the Defendants with the Seizure Order, as well as the papers on which it was granted, the Complaint, and the other court orders in the case by leaving a copy of these materials at the Pharmacy with Hamza Chaudhary on March 19, 2025.

6. Near the commencement of this action, Gilead served copies of the Asset Freeze Order, Dkt. No. 18, on several U.S. banks. Gilead never served the Asset Freeze Order on any overseas banks because they are outside this Court's jurisdiction.

**C.** **Defendants' Deficient Document Productions**

7. Defendants have not produced any of the documents requested in Gilead's letter dated April 21, 2025, attached hereto as Exhibit 11, and have not produced a single pedigree.

8. Defendants have not produced any emails in this case, including no emails from the citypluscare@gmail.com account. I understand that because the citypluscare@gmail.com has two-factor authentication enabled, Gilead would be unable to access that email account, even with the current password.

9. On August 20, 2025, I received an email from the Individual Defendants' counsel, attached hereto as Exhibit 7. In a subsequent meet-and-confer call, I explained that the two bank accounts disclosed in that email were for two different Pakistani banks than the two Pakistani banks that Qaisar Chaudhary had previously disclosed at his deposition. From defense counsel's reaction to my statement, I was left with no doubt that they were learning that fact for the first time.

**D.** **Attached Exhibits**

10. Attached hereto are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | Treasury registry receipts from the Clerk of Court |
| 2 | Correspondence from Trenk Isabel, dated April 16, 2025 |
| 3 | Correspondence in response to subpoena from Citibank, N.A., dated March 21, 2025 |
| 4 | Wire transfer records produced by TD Bank in response to subpoena |
| 5 | Excerpt of wire transfer records produced by Standard Chartered Bank in response to subpoena |
| 6 | Transcript of deposition of Qaiser Chaudhary, dated May 15, 2025 |
| 7 | Correspondence from J. Rubin, dated August 20, 2025 |
| 8 | Individual Defendants' supplemental response to Plaintiffs' First Set of Document Requests, dated November 7, 2025 |
| 9 | Supplemental production from Individual Defendants, dated November 12, 2025 |
| 10 | Email correspondence with Trenk Isabel, dated March 26-28, 2025 |
| 11 | April 21, 2025 correspondence to Defendants |
| 12 | Qaiser Chaudhary's Responses to Plaintiffs' First Set of Document Requests |
| 13 | Hamza Chaudhary's Responses to Plaintiffs' First Set of Document Requests |
| 14 | Nabila Chaudhary's Responses to Plaintiffs' First Set of Document Requests |
| 15 | Qaiser Chaudhary's Responses to Plaintiffs' First Set of Interrogatories |
| 16 | Hamza Chaudhary's Responses to Plaintiffs' First Set of Interrogatories |
| 17 | Nabila Chaudhary's Responses to Plaintiffs' First Set of Interrogatories |
| 18 | Hamza Chaudhary's Amended Responses to Plaintiff's First Set of Interrogatories |
| 19 | Hamza Chaudhary's Amended Responses to Plaintiffs' First Set of Document Requests |
| 20 | Transcript of deposition of Hamza Chaudhary, dated May 16, 2025 |
| 21 | Screenshot from Hamza Chaudhary's phone, dated July 11, 2024 |

| | |
|---|---|
| 22 | Texts from Hamza Chaudhary's phone, dated October 24, 2023 |
| 23 | Correspondence from J. Rubin, dated August 21, 2025 |
| 24 | Transcript of deposition of Shumaila Arslan, dated August 19, 2025 |
| 25 | Declaration of Patrick Tobia, dated April 22, 2025 |
| 26 | Texts from Hamza Chaudhary's phone, dated November 15, 2023, marked as deposition Exhibit 20 at the deposition of Hamza Chaudhary |
| 27 | Texts from Hamza Chaudhary's phone, dated January 10, 2023, marked as deposition Exhibit 14 at the deposition of Hamza Chaudhary |
| 28 | Texts from Hamza Chaudhary's phone, dated December 14, 2022, marked as deposition Exhibit 15 at the deposition of Hamza Chaudhary |
| 29 | Excerpted bank records produced by TD Bank in response to subpoena showing Qaiser Chaudhary's deposits, marked as Exhibit 4 at the deposition of Qaiser Chaudhary |
| 30 | Texts produced by Martin Jacob, dated April 17 through May 16, 2025 |
| 31 | Texts from Hamza Chaudhary's phone, dated September 17, 2020 |
| 32 | Texts from Hamza Chaudhary's phone, dated July 13, 2023, marked as deposition Exhibit 4 at the deposition of Hamza Chaudhary |
| 33 | Certificate found at Heal the World Pharmacy, marked as deposition Exhibit 17 at the deposition of Hamza Chaudhary |
| 34 | Excerpted bank records produced by TD Bank in response to subpoena showing Hamza Chaudhary's deposits, marked as deposition Exhibit 25 at the deposition of Hamza Chaudhary |
| 35 | Excerpted bank records produced by TD Bank in response to subpoena showing Qaiser Chaudhary's deposits, marked as deposition Exhibit 1 at the deposition of Qaiser Chaudhary |
| 36 | Response to subpoena from Charles Schwab, dated March 27, 2025 |
| 37 | Transcript of hearing in this action held on April 18, 2025 |
| 38 | Transcript of hearing in this action held on May 9, 2025 |
| 39 | Transcript of hearing in this action held on May 21, 2025 |

| 40 | Transcript of hearing in this action held on September 25, 2025 |
| --- | --- |
| 41 | Excerpted bank records produced by TD Bank in response to subpoena showing Qaiser Chaudhary's deposits, marked as deposition Exhibit 4 at the deposition of Qaiser Chaudhary |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 21, 2025

TIMOTHY A. WATERS