**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GILEAD SCIENCES, INC. and GILEAD SCIENCES IRELAND UC, <br><br> Plaintiffs, <br><br> -against- <br><br> CITY PLUS CASE PHARMACY INC. D/B/A HEAL THE WORLD PHARMACY, NABILA CHAUDHARY, QAISER CHAUDHARY and HAMZA CHAUDHARY, <br><br> Defendants. | Case No.: 1:25-cv-01469-RER-RML |

## DECLARATION OF NABILA CHAUDHARY

Pursuant to 28 U.S.C. § 1746, I, NABILA CHAUDHARY, state under penalty of perjury:

1.      I am a named Defendant herein. I make this Declaration in opposition to Gilead's Motion for Case-Ending Sanctions.

2.      I have never had any connection to any counterfeit Biktarvy.

3.      I was the nominal owner of City Plus Care Pharmacy dba Heal the World ("HTW") from 2019 until January 24, 2022, when I sold it to Shumaila Arslan.

4.      I never was involved in any way in any aspect of HTW other than signing documents that my husband, Qaiser, provided for my signature. Qaiser managed HTW until I sold it on January 24, 2022.

5.      On December 20, 2021, at Qaiser's direction, I entered into an agreement to sell HTW to Shumaila Arslan ("Shumaila"). **Exhibit A** (Asset Purchase Agreement).

6.      On January 24, 2022, Shumaila and I consummated the sale, and I transferred my ownership to Shumaila. **Exhibit B** (Bill of Sale). In exchange, Shumaila made her initial payment

1

to me of $100,000. **Exhibit C** (cancelled check). That was the end of my ownership and Qaiser's control over HTW. Hamza continued to work there in the over the counter section and doing pickups and deliveries.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 19, 2026

_____
NABILA CHAUDHARY

2

Doc ID: 625a32412856e16291cda54e93f1c5c82790ca93