UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GILEAD SCIENCES, INC., *et al.*,

        Plaintiffs,

v.

CITY PLUS CARE PHARMACY INC. D/B/A HEAL THE WORLD PHARMACY, *et al.*,

        Defendants.

Case No. 25-cv-1469 (RER) (RML)

---

## **DECLARATION OF TIMOTHY A. WATERS**

TIMOTHY A. WATERS, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a partner of the law firm Patterson Belknap Webb & Tyler LLP, counsel for plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC (together, "Gilead").

2. I make this declaration in further support of Gilead's Motion for Case-Ending Sanctions against the Individual Defendants.

**A.    Newly Produced Documents and Disclosures**

3. On November 20, 2025, Qaiser Chaudhary and Hamza Chaudhary produced amended interrogatory responses. True and correct copies of those responses are attached as Exhibits 42 and 43, respectively.

4. On November 20, 2025, the Individual Defendants produced documents including a copy of a Citizens Bank statement. A true and correct copy of that statement is attached as Exhibit 44.

5. On December 2, 2025, the Individual Defendants produced documents including a copy of an MCB Bank statement. A true and correct copy of that statement is attached as Exhibit 45.

6. On December 2, 2025, the Individual Defendants also produced a copy of a Silk Bank account statement for an account ending in -037. A true and correct copy of that statement is attached as Exhibit 46.

7. On January 12, 2026, the Individual Defendants produced what they described as a "a cashed check to Muhammad Umer Farooq for $50,830 dated June 24, 2025, from Qaiser Chaudhary's MCB Bank account ending in 1563." A true and correct copy of that check is attached as Exhibit 47.

8. On January 12, 2026, I requested additional information about this check, including a clearer photo of it and the papers that accompany it, but have received no response from the Individual Defendants' counsel. A copy of my email to the Individual Defendnats' counsel is attached as Exhibit 48.

**B.     Availability of a Translator for Qaiser Chaudhary's Deposition**

9. Gilead noticed the deposition of Nabila Chaudhary and scheduled it for May 15, 2025, to take place following Qaiser Chaudhary's deposition. At the Chaudharys' request, Gilead arranged for an Urdu translator to attend Nabila Chaudhary's deposition. That translator arrived early and waited outside the room where Qaiser Chaudhary's deposition took place, and I recall pointing out the availability of the translator to Qaiser Chaudhary and his counsel during an early break at his deposition.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on February 17, 2026

/s/ _____
TIMOTHY A. WATERS