UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILEAD SCIENCES, INC. and GILEAD SCIENCES IRELAND UC,<br><br>                              Plaintiffs,<br><br>          -against-<br><br><br>CITY PLUS CARE PHARMACY INC. D/B/A HEAL THE WORLD PHARMACY; NABILA CHAUDHARY; QAISER CHAUDHARY; and HAMZA CHAUDHARY<br><br>                              Defendants. | Case No. 1:25-cv-01469-RER-RML<br><br>**AFFIRMATION OF LAUREN B. LEPORE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT CITY PLUS CARE PHARMACY INC. d/b/a HEAL THE WORLD PHARMACY** |

LAUREN B. LEPORE, an attorney duly admitted to practice before this Court, hereby affirms the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I am the principal of Lepore Law Group, located at 370 Lexington Avenue, New York, New York 10017, and I am counsel of record for Defendant City Plus Care Pharmacy Inc. d/b/a Heal The World Pharmacy ("Defendant" or "City Plus Care") in the above-captioned action. I submit this Affirmation in support of my motion for an order permitting my withdrawal as counsel of record for Defendant, and for a limited release of frozen funds to satisfy outstanding attorneys' fees.

2.      On January 12, 2026, I filed a Notice of Appearance on behalf of Defendant City Plus Care in this action in the United States District Court for the Eastern District of New York, Case No. 1:25-cv-01469-RER-RML.

3.      Since filing my appearance, I have experienced persistent difficulties in maintaining the attorney-client relationship necessary to provide effective representation. Specifically, I have been unable to reach the client through customary communication channels

despite reasonable and repeated attempts. The client has failed to respond to email correspondence and telephone calls placed throughout March 2026.

4.    The last substantive contact I had with the client was a telephone call on February 27, 2026. Since that date, despite numerous attempts to reach the client by telephone and email throughout March 2026, I received no meaningful response.

5.    On March 24, 2026, I sent written correspondence to the client advising that, in the absence of contact, this office would be compelled to terminate its representation. On April 2, 2026, I received a single text message from the client's principal indicating that he was in Pakistan and expected to return on or about April 26, 2026. I responded to that message, but received no further communication. The client's principal did not provide any substantive direction regarding the case, did not address the outstanding invoices, and has not otherwise cooperated with or responded to this office since that time.

6.    In addition to the foregoing breakdown in communications, the client has failed to pay outstanding invoices for legal services rendered, notwithstanding notices provided by this office.

7.    Upon information and belief, Defendant City Plus Care Pharmacy Inc. d/b/a Heal The World Pharmacy has been sold to new owners, none of whom have engaged this firm to represent the entity in this matter.

8.    These circumstances—the persistent inability to communicate with the client, the breakdown in the attorney-client relationship, the client's failure to cooperate, and the nonpayment of outstanding invoices—have rendered continued representation unreasonably difficult and have impaired my ability to provide effective representation consistent with my professional obligations under the New York Professional Rules of Conduct.

9.     This motion is made in good faith and not for purposes of delay.

10.     My withdrawal will not unduly prejudice any party or unduly delay these proceedings. As set forth in the accompanying Memorandum of Law, a default judgment was entered against Defendant City Plus Care prior to my appearance in this action, and Plaintiffs have moved for case-ending sanctions against the individual defendants. Granting this motion will not disturb those proceedings.

11.     Upon withdrawal, I will promptly serve this motion and any resulting order on the client at the client's last known addresses and contact points. I stand ready to facilitate an orderly transition, including transfer of the client's file upon request, subject to any applicable lien or retention rights. To the extent the Court requests additional information regarding the client's last known contact information, I am prepared to provide such information *in camera* to protect client confidences.

12.     In addition to the foregoing, I respectfully request that the Court authorize a limited release of funds from Defendant's frozen business accounts to satisfy the reasonable attorneys' fees and expenses incurred by Lepore Law Group through the date of this application, in an amount to be determined by the Court following *in camera* review of billing records or such other procedure as the Court deems appropriate. This request is limited to fees and costs already incurred and is not sought to fund future representation.

13.     I am prepared to submit contemporaneous time records and expense documentation to the Court for *in camera* review, and I consent to whatever procedures the Court deems appropriate to assess the reasonableness of the requested fee award.

**WHEREFORE**, I respectfully request that the Court enter an order: (a) granting this Motion to Withdraw as Counsel; (b) relieving me, Lauren B. Lepore, and Lepore Law Group as

counsel of record for Defendant City Plus Care Pharmacy Inc. d/b/a Heal The World Pharmacy;

(c) directing that all future notices and filings be served directly on Defendant at its last known address unless and until substitute counsel appears; (d) directing the release of funds from Defendant's frozen business accounts to pay the reasonable attorneys' fees incurred by Lepore Law Group; and (e) granting such other and further relief as the Court deems just and proper.

I affirm the foregoing to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746.

Dated: April 17, 2026
New York, New York

Respectfully Submitted,

Lauren B. Lepore (Bar No. 4246633)
Lepore Law Group
370 Lexington Avenue
New York, New York 10017
Tel: (646) 632-3787
Email: llepore@leporelawgroup.com

*Attorney for Defendant City Plus Care Pharmacy Inc.*
*d/b/a Heal The World Pharmacy*