Honorable Ramon E. Reyes Jr.
United States District Court E.D. New York
United States District Court Eastern District Of New York

RECEIVED
IN CHAMBERS OF
HON. RAMON E. REYES, JR.

JUL 2 8 2026

TIME A.M._____
P.M._____

Re: City Plus Care Pharmacy, Case No. 1:25-cv-01469-RER-RML

Dear Judge Reyes:

My name is Qaiser Chaudhary, and I write on behalf of the Chaudhary family concerning the above-referenced case. I respectfully wish to clarify our relationship with City Plus Care Pharmacy, Inc., doing business as Heal the World Pharmacy ("HTW"), and address the allegations involving counterfeit Biktarvy.

The Chaudhary family had no knowledge of, involvement in, or connection with any alleged counterfeit Biktarvy.

On January 24, 2022, my wife, Nabila Chaudhary, sold City Plus Care Pharmacy, Inc. to Shumaila Arslan. Ms. Chaudhary transferred all shares of the corporation to Ms. Arslan. Ms. Arslan paid $100,000 toward the purchase price and remained obligated to pay a balance exceeding $1 million.

The transaction was one of two pharmacy sales to Ms. Arslan. The pharmacies were:

1. Smith Pharmacy, Inc., located at 102A Belmont Avenue, Brooklyn, New York; and
2. City Plus Care Pharmacy, Inc., doing business as Heal the World Pharmacy.

Ms. Arslan has acknowledged that she purchased and owned City Plus Care Pharmacy. Specifically:

1. In an affidavit submitted in May 2025, she stated that she purchased the pharmacy, was its sole owner, and operated it with members of her family.
2. During her deposition, she again confirmed her ownership and operation of the pharmacy.
3. Through her attorney, she provided the pharmacy's records to the Court and again confirmed this information.

Beginning January 24, 2022, Ms. Arslan and her family controlled and operated the pharmacy. The pharmacy licenses were in Ms. Arslan's name, and its bank accounts were held in the names of Ms. Arslan or members of her family. No member of the Chaudhary family had direct or indirect access to those accounts or participated in the pharmacy's operations after the sale. To our understanding, Ms. Arslan later sold the pharmacy near the end of 2025.

Accordingly, the Chaudhary family had no knowledge of or involvement in the pharmacy's activities after January 24, 2022.

Your Honor, our personal life savings have been frozen since March 17, 2025. This has created severe financial and personal hardship for our family. To our knowledge, Gilead Sciences, Inc. has not presented evidence establishing that the Chaudhary family knew of or participated in the alleged counterfeit-drug activity.

We respectfully request that the Court consider the evidence concerning the January 2022 sale and the Chaudhary family's lack of ownership, control, access, or involvement after that date. We further respectfully request all relief that the Court considers appropriate, including dismissal of the claims against the Chaudhary family and release of our personal funds.

Thank you for your consideration.

Respectfully submitted,

Qaiser Chaudhary
On behalf of the Chaudhary family
21 Harding Ave. Roslyn Heights, N.Y. 11577
Kaiserkaiser786@aol.com
July 26, 2026

To

Honorable Ramon E Reyes Jr

USMS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆ JUL 27 2026 ★

BROOKLYN OFFICE.

To

Honorable Ramon E Reyes Jr



**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆ JUL 27 2026 ★

BROOKLYN OFFICE.